**AEE**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 377**

In the Matter of                          Case Number:

Kenneth Gordon v. Richard Devine, et al.

**JUDGE ASPEN
MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kenneth Gordon

| |
|---|
| NAME (Type or print) <br> Scott W. Kummer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/  s Scott Kummer |
| FIRM <br> STASKO & BOYD, LLC |
| STREET ADDRESS <br> 20 S. Clark Street, Ste. 500 |
| CITY/STATE/ZIP <br> Chicago, IL, 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6273348 | TELEPHONE NUMBER <br> 312-372-7075 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑     APPOINTED COUNSEL ☐ |