IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENNETH GORDON

    Plaintiff,

    v.

RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,

    Defendants.

No.   08 CV 00377

## NOTICE OF FILING OF CHANGE OF FIRM NAME

TO:   No appearance on file

PLEASE TAKE NOTICE that the firm name of Stasko & Boyd, LLC, has been changed to the following:

    Boyd & Kummer, LLC
    20 South Clark Street #500
    Chicago, IL, 60603
    312-363-6100
    Fax: 312-372-7076

BOYD & KUMMER, LLC
20 S. Clark Street #500
Chicago, IL 60603
312-363-6100
Fax: 312-372-7076

By: _____
BOYD & KUMMER, LLC

## CERTIFICATE OF SERVICE

The undersigned, an attorney, having been first duly sworn under oath states that a true and correct copy of this document has been served on the above-named counsel, postage prepaid on February 27, 2008.

_____KMK_____                                   /s/: Scott W. Kummer

OFFICIAL SEAL
KIMBERLY M KABZA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/28/09