IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH GORDON, | ) | |
| Plaintiff, | ) | |
| | ) | NO.   08 C 377 |
| vs. | ) | |
| | ) | JUDGE ASPEN |
| RICHARD DEVINE, ET AL.,. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR'S MOTION FOR AN
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendants Roberto Baltazar, Mark O'Connor and Andrew Doerge, by one of their attorneys, Scott Jebson, Chief Assistant Corporation Counsel for the City of Chicago, respectfully move for an extension of time to April 29, 2008, to answer or otherwise plead in response to plaintiff's complaint.  In support of this motion, defendants states:

1. Plaintiff filed a civil action on or about January 16, 2008, against numerous defendants.

2. Chief Assistant Corporation Counsel Scott Jebson was notified on February 29, 2008, that defendant Roberto Baltazar was served with summons and complaint on February 19, 2008, defendant Andrew Doerge was served on February 21, 2008 and defendant Mark O'Connor was served on February 26, 2008.

3. Plaintiff alleges in his complaint that on July 25, 2001, he was arrested for possession of a stolen car, that on April 25, 2002, plaintiff was found guilty of said crime and later sentenced to nine years of incarceration, that after spending four and one-half years in prison Judge Vincent Gaughan granted his petition for post-conviction relief, and dismissed the

indictment against him and vacated his conviction and sentence.

4.	Plaintiff has now brought this eleven (11) count complaint against numerous defendants, including the assistant state's attorney who prosecuted plaintiff's criminal trial, as well as the above-mentioned police officers, arguing, among other things, that all the defendants conspired together to deprive him of his constitutional right to a fair trial.

5.	The allegations in plaintiff's complaint present complicated issues of law and fact, and will necessitate the defendants to obtain numerous documents and court transcripts to adequately respond to plaintiff's complaint.

6.	The undersigned has not yet met the defendants or received the necessary police reports and transcripts necessary to answer to the complaint.

7.	This motion is defendants' first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings, but rather to allow defendants time to respond properly to the allegations in plaintiff's complaint.

WHEREFORE, defendants respectfully requests that they be given an extension of time to April 29, 2008, to answer or otherwise plead in response to plaintiff's complaint.

Respectfully submitted,

 /s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
312/744-0742
Atty. No. 6225243