IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, | ) |
|       Plaintiff, | ) |
| | ) NO.  08 C 377 |
| vs. | ) |
| | ) JUDGE ASPEN |
| RICHARD DEVINE, ET AL.,. | ) |
| | ) |
|       Defendants. | ) |

**NOTICE OF MOTION**

To:   Juliet E. Boyd/Christopher J. Stasko/Scott W Kummer
Stasko & Boyd, LLC
20 South Clark
Suite 500
Chicago, IL 60603

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court via e-filing **MOTION OF DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen or before such other Judge sitting in his stead, on the 4th day of March, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 29th  day of February, 2008.

                                        Respectfully submitted,

                     By:   /s/ Scott Jebson
                          SCOTT JEBSON
                          Chief Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6959
Atty. No. 6225243

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on February 29, 2008, in accordance with the rules on electronic filing of documents.

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel