IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH GORDON,** | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 377 |
| | ) | |
| v. | ) | |
| | ) | Judge Aspen |
| **RICHARD DEVINE, et al.,** | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

### DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, moves for an extension of time up to and including April 29, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. On January 16, 2008, plaintiff filed the current action, alleging constitutional violations and state law claims against multiple defendants, including the City.

2. Plaintiff's complaint and summons were served on the City on January 18, 2008. The City was due to answer or otherwise plead by February 7, 2008.

3. Undersigned counsel did not receive plaintiff's complaint until March 5, 2008.

4. Counsel for the City have not yet begun the process of investigating the allegations in plaintiff's complaint.

5. Therefore, counsel for the City request an extension of time to April 29, 2008, to answer or otherwise plead to plaintiff's complaint.

6. Plaintiff's counsel, Scott Kummer, has agreed to the City's request for an extension of time to April 29, 2008, to answer or otherwise plead to the complaint.

7. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time up to an including April 29, 2008, to answer or otherwise plead to plaintiff's complaint.

                              Respectfully submitted,

                              MARA S. GEORGES
                              CORPORATION COUNSEL

BY:   /s/ Déja C. Nave
        DÉJA C. NAVE
        RITA C. MORAN
        Assistants Corporation Counsel

30 N. LaSalle Street  
Suite 1020  
Chicago, IL 60602  
(312) 744-6951/2-9866