IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KENNETH GORDON,** ) | |
| ) | |
| Plaintiff, ) | 08 C 377 |
| ) | |
| v. ) | |
| ) | **Judge Aspen** |
| **RICHARD DEVINE, et al.,** ) | |
| ) | **Magistrate Judge Denlow** |
| Defendants. ) | |

## NOTICE OF MOTION

TO:    Juliet E. Boyd
       Christopher J. Stasko
       Scott W. Kummer
       Stasko & Boyd, LLC
       20 South Clark, Suite 500
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Aspen, or before such other Judge or Magistrate Judge sitting his stead, on the 11th day of March, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 5th day of March 2008.

                                            Respectfully submitted,

                                            s/ Déja C. Nave
                                            DÉJA C. NAVE
                                            Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951