UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kenneth Gordon
                              Plaintiff,
v.                                                Case No.: 1:08−cv−00377
                                                  Honorable Marvin E. Aspen
Richard Devine, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge Marvin E. Aspen dated 3/6/08:Defendant City of Chicago's agreed Motion for extension of time to answer [16] or otherwise plead to plaintiff's complaint, up to and including 4/29/08 is granted;. Motions terminated. A status hearing is set for 5/1/08 at 10:30 a.m. The motion hearing set for 3/11/08 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.