# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT RICHARD A. DEVINE, MERLE SHEARER, AND COOK COUNTY'S AGREED MOTION FOR ENLARGEMENT OF TIME

NOW COME defendants, Richard A. Devine, State's Attorney of Cook County, Assistant State's Attorney Merle Shearer ("ASA Shearer"), and Cook County (the "State's Attorney defendants" or "SAO defendants"), by and through their counsel, Louis R. Hegeman and Stephen L. Garcia, Assistant State's Attorneys, and move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time within which to answer or otherwise plead, stating in support:

1. On January 16, 2008, Plaintiff filed a eleven count civil rights complaint against multiple defendants, under §1983 and state law, for violation of his due process rights, conspiracy, failure to intervene, as well as malicious prosecution, intentional infliction of emotional distress, unlawful arrest, false arrest, willful and wanton negligent conduct, and respondent superior, arising out of his arrest, prosecution and conviction for possession of a stolen motor vehicle. Plaintiff seeks compensatory and punitive damages, as well as attorney fees.

2.     Counsel for the SAO defendants has recently been assigned to this matter. Further, defendant ASA Shearer has been out on an extended medical leave and counsel has not had a full opportunity to consult with defendant Shearer. Consequently, counsel for these defendants require additional time to investigate plaintiff's claims in order to prepare an answer or responsive pleading on defendants' behalf.

3.     On March 3, 2008, this Court entered an order granting the individual police officer defendants until April 29, 2008, to answer or otherwise plead to plaintiff's complaint. Accordingly, the SAO defendants would respectfully request that they be given until April 29, 2008 to answer or otherwise plead to plaintiff's complaint.

4.     This is the SAO defendants' first request for an enlargement of time. This motion is not made for the purpose of delay, or any other improper purpose.

5.     Counsel for the SAO defendants has consulted with counsel or plaintiff regarding defendants' request for an enlargement of time and counsel for plaintiff has indicated that plaintiff has no objection thereto.

WHEREFORE defendants Richard A. Devine, State's Attorney of Cook County, Assistant State's Attorney Merle Shearer, and Cook County, requests that they be granted an enlargement of time, until April 29, 2008, within which to answer or otherwise plead to plaintiff's complaint in this matter.

3

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County


By:     s/Stephen L. Garcia_____
          #06195546

        Louis R. Hegeman, Supervisor
        Special Projects and Assignments

        Stephen L. Garcia
        Assistant State's Attorney
        Special Projects and Assignments
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        312.603.5475