IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.    08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached service list

     PLEASE TAKE NOTICE that on March 11, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin Aspen, or whomever may be sitting in his stead in the courtroom usually occupied by him in Room 2568 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant Richard A. Devine, Merle Shearer, and Cook County's Agreed Motion For Enlargement of Time**,** a copy of which is hereby served upon you.

                                                  RICHARD A. DEVINE
                                                  State's Attorney of Cook County

                          By:   __s/ Stephen L. Garcia_____
                                   Stephen L. Garcia
                                   Assistant State's Attorney
                                   Special Projects and Assignments
                                   500 Richard J. Daley Center
                                   Chicago, Illinois  60602
                                   312.603.5475
                                   ARDC # 06195546

## CERTIFICATE OF SERVICE

I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Motion, together with the documents identified therein, to be served on the individuals listed below at their respective addresses by CM/ECF electronic filing on March 6, 2008.

Chris Stasko
Juliet Boyd
Scott W. Kummer, Esq.
BOYD & KUMMER, LLC
20 South Clark Street, Ste. 500
Chicago, IL  60603
*Attorneys for Plaintiff*

Scott Jebson
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, IL  60602
*Attorney for Defendants Baltazar,
O'Connor and Doerge*

Rita C. Moran
Deja C. Nave
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, IL  60602
*Attorneys for Defendant
City of Chicago*

                                             _s/ Stephen L. Garcia_____