UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Kenneth Gordon
                          Plaintiff,

v.                                                  Case No.: 1:08−cv−00377
                                                           Honorable Marvin E. Aspen

Richard Devine, et al.
                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Marvin E. Aspen datd 3/7/08:Defendants' Richard A. Devine, Merle Shearer, and Cook county's agreed Motion for extension of time, up to and including 4/29/08, within which to answer [19] or othewise plead to plaintiff's complaint is granted. Motions terminated. A status hearing is set for 5/1/08 at 10:30 a.m. The motion hearing set for 3/11/08 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.