IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>    Defendants. | No.    08 C 377 |

**PLAINTIFFS' MOTION FOR LEAVE TO SERVE REQUESTS TO ADMIT**

Kenneth Gordon, by and through his attorneys, Scott W. Kummer, and Juliet E. Boyd, by way of motion pursuant to Fed. R. Civ Pro. 33 and 26, for leave to serve Rule 33 Requests To Admit to the Defendants in the above-captioned matter states as follows:

1.    On January 16, 2007, Plaintiff Kenneth Gordon filed his Complaint at law against the above-captioned Defendants.

2.    Since the filing of Plaintiff's Complaint each of the Defendants have requested an additional sixty (60) days to answer or otherwise plead to Plaintiff's Complaint. Plaintiff posed no objection to said requests.

3. As such, the parties have not conducted a Rule 26 scheduling conference in this matter.

4. Plaintiff requests leave of this Court to serve the attached Requests to Admit to the Defendants (attached as Group Exhibit A through G), which will simplify the matters in dispute in this matter, either at the pleading stage or at trial.

WHEREFORE, Plaintiff, Kenneth Gordon, respectfully requests this Court to grant him leave to issue the attached Requests to Admit, *instanter*, and for any other relief this Court deems just.

_____

One of Plaintiff's Attorneys
Juliet Boyd
/s/ Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348