IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>　　Plaintiff,<br><br>　　v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>　　Defendants. | No.　08 C 377 |

## PLAINTIFF KENNETH GORDON'S FIRST REQUESTS TO ADMIT TO DEFENDANT THE CITY OF CHICAGO

Now comes the Plaintiff, Kenneth Gordon ("Ken"), by his attorneys, Scott W. Kummer and Juliet E. Boyd, and in complaining of the Defendant The City of Chicago, states as follows:

### DEFINITIONS

1.　As used herein, the term "the Car" shall mean a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039.

1

## REQUESTS TO ADMIT THE GENUINESS OF DOCUMENTS

1. Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A.

2. Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A, is a public record.

3. Admit the genuineness of the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B.

4. Admit that the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B, is a public record.

5. Admit the genuineness of the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C.

6. Admit that the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C, is a public record.

7. Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D.

8. Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D, is a public record.

## REQUESTS FOR ADMISSION OF FACTS

1. Admit that on July 26, 2001, criminal complaint # 01135885 was filed containing the signature of "Arthur Johnson."

2. Admit that criminal complaint # 01135885 listed the complainant as "Arthur Johnson/Todd Johnson."

3. Admit that Arthur Johnson did not sign criminal complaint numbered 01135885.

4. Admit that neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson signed criminal complaint numbered 01135885.

5. Admit that Bionic Auto Parts and Sales, Inc is listed on Secretary of State Documents as holding title to the Car after 09/18/01.

6. Admit that Exhibit A, Application for Vehicle Title states that the Car was purchased by Go America Auto Insurance on 01/01/01.

7. Admit that Exhibit A, Application for Vehicle Title states the car was "inoperable."

8. Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance held the Salvage Certificate for the Car. See Exhibit B.

9. Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance gave an "assignment of certificate" to Bionic Auto Parts on 9/18/01.

3

10. Admit that on July 25, 2001, neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson owned the Car.

11. Admit that Illinois Secretary of State records demonstrate that on July 25, 2001, Go America Insurance owned the Car.

12. Admit that on April 25, 2002, the trial date in the criminal matter, the City knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

13. On April 25, 2002, Merle Shearer stated to Judge Gaughan, that he had spoken to the owner of the Car, Todd Johnson, and that if called to testify, Johnson would state that he was the owner of the Car, that the Car was in working condition and that he had not given Ken permission to drive the Car.

14. Admit that on August 13, 2001, the City knew Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

15. Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, the City knew Ken could not have committed the crime he was convicted of.

16. Admit that the Chicago Police Department performed a vehicle title search on the Car on or around July 25, 2001.

17. Admit that on July 25, 2001, Go America Insurance owned the Car.

18. Admit that on August 13, 2001, Officer Doerge testified under oath, before a Grand Jury, that he spoke with "the owner of the vehicle, Arthur Johnson," prior to the Grand Jury Proceeding.

19. Admit that Officer Doerge did not speak with "the owner of the vehicle, Arthur Johnson," prior to the Grand Jury Proceeding.

20. Admit that on August 13, 2001, Officer Doerge answered under oath, before a Grand Jury, that he determined the car that Ken was arrested for stealing had been reported stolen.

21. Admit that on April 25, 2002, Sergeant Mark O'Connor testified that the police car he was operating on July 25, 2001, contained a computer that "has access to Illinois State Police and the Secretary of State Vehicle Records."

22. Admit that on April 25, 2002, Sergeant Mark O'Connor testified that the squad car he was operating on July 25, 2001, contained a computer that was in operating condition, that he had used it that night, and that it worked.

23. Admit that on April 25, 2002, Sergeant Mark O'Connor testified that he conducted an investigation regarding the Car on the police computer.

24. Admit that on April 25, 2002, Sergeant Mark O'Connor conducted a vehicle title search for the Car on the police computer.

        One of Plaintiff's Attorneys
        Juliet Boyd
        /s/ Scott W. Kummer
        BOYD & KUMMER, LLC
        20 S. Clark, Ste. 500
        Chicago, IL 60603
        312-363-6100
        312-372-7076 (Fax)
        ARDC No. 6255657
        ARDC No. 6273348

                    _____
                    One of Plaintiff's Attorneys
Juliet Boyd
/s/ Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348

5

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

CHECK ONLY ONE BOX:
1. ☐ TITLE ONLY
☐ CORRECTED TITLE
☐ DUPLICATE TITLE
☒ SALVAGE CERTIFICATE
☐ JUNKING CERTIFICATE

FFRS04/30/01:03:7639:   4.00 NU   S

**OWNER INFORMATION**
- Owner's Name: Go America Auto Insurance
- Co-Owner: 510-19000145 W
- County: COOK
- Residence/Business Address: 110 E. Palatine Rd.
- County Code: 016
- City: Wheeling, IL  60090-0000

**VEHICLE INFORMATION**
- Current Odometer Reading: INOPERABLE
- Odometer: NOT ACTUAL
- VIN: 1G3GR62C8S4131039
- Year: 1995
- Make: OLDSMOBILE
- Model: AURORA
- Body Style: SEDAN 4 D
- Purchase Date: 01/01/01  USED
- Surrender Title Number and State of Issuance: T8288238005  State: IL

[Mail To, Lien Information, Seller Information, and Correction/Duplicate sections — blank]

Auditor's Use Only: 4.00

TITLE ADMIN OFFICE

T1120930006   ITLS

**EXHIBIT A**

# SALVAGE CERTIFICATE OF A VEHICLE

| | | |
|---|---|---|
| 95 OLDSMOBILE AURORA | 4 DOOR | T1120930000 |

ODOMETER: 0

PURCHASED: USED

PURCHASE DATE: 01/01/01

TYPE OF TITLE: ORIGINAL

MAILING ADDRESS:
GO AMERICA INS 510-19000145W
110 E PALATINE RD
WHEELING IL 60090

95 OLDS AURORA GOLD
05818661 S Sale Document

LEGEND(S)
INOPERABLE ODOMETER

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my office, the person or entity named hereon has been duly recorded as the lawful owner of the salvage vehicle described hereon.

IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

E00783273
CONTROL NO.

JESSE WHITE, Secretary of State

EXHIBIT B

A Salvage Certificate can only be assigned to licensed rebuilder, automotive parts recycler, or scrap processor. Re-assignment of a Salvage Certificate to one other licensee is permitted.

## ASSIGNMENT OF CERTIFICATE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address. Bionic Auto Parts 4655 W North Avenue Chicago, IL 60639

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☒ 2. The odometer reading is not the actual mileage." WARNING-ODOMETER DISCREPANCY

Printed Name of Selling Company (if applicable) Go America Insurance

Signature of Seller H. Risley Agent

Printed Name of Seller H. Risley Agent           Date of Sale 9-14-01

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee Kim Flahive Agent
"I am aware of the above odometer certification made by seller."

Signature of Purchasing Licensee _____

## RE-ASSIGNMENT BY LICENSEE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [ NO TENTHS ]

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage." WARNING-ODOMETER DISCREPANCY

Printed Name of Selling Licensee _____

Signature of Agent _____

Printed Name of Agent _____           Date of Sale _____

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee _____
"I am aware of the above odometer certification made by seller."

Signature of Purchasing Licensee _____

T1304132027           NO ADDITIONAL RE-ASSIGNMENT PERMITTED

EXHIBIT C

KI-13

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

**CHECK ONLY ONE BOX**
- [ ] TITLE ONLY
- [ ] CORRECTED TITLE
- [ ] DUPLICATE TITLE
- [ ] SALVAGE CERTIFICATE SPECIFY
- [x] JUNKING CERTIFICATE

**OWNER INFORMATION**
- 2. OWNER'S IL DRIVER'S LICENSE NO.: //
- 3. DATE OF BIRTH: //
- 4. SEX: (blank)
- 5. OWNER(S) NAME: I 3642
- CO-OWNER'S IL DRIVER'S LICENSE NO.: //
- DATE OF BIRTH: //
- SEX: (blank)
- Bionic Auto Parts + Sales, Inc
- 7. RESIDENCE/BUSINESS ADDRESS: 4655 W North Ave
- CITY: Chicago   IL   ZIP: 60639

**VEHICLE INFORMATION**
- 8. CURRENT ODOMETER READING: (blank)
- ODOMETER READING STATED IS: [ ] ACTUAL MILEAGE  [ ] NOT ACTUAL MILEAGE  [ ] IN EXCESS OF MECHANICAL LIMITS
- 9. VEHICLE IDENTIFICATION NUMBER: 1G3GR62C8S4131039
- 13. YEAR: 95
- 14. MAKE: Oldsmobile
- 15. MODEL: Aurora
- 16. BODY: 4door
- 14. PURCHASE DATE: 09/18/01  [ ] NEW  [x] USED
- 15. REBUILT VEHICLE: [ ] FLOOD  [ ] REBUILT  [ ] NO CC
- 16. MOTORCYCLE
- 17. VEHICLE COLOR: UPPER / LOWER
- 18. RENTAL VEHICLE: [ ] YES
- LEASED VEHICLE: [ ] YES
- 19. SURRENDER TITLE NUMBER AND STATE OF ISSUANCE: T1120930006  STATE: IL
- 20. MOBILE HOME SQUARE FOOTAGE: (blank)
- 21. FOR HIRE: [ ] YES [ ] NO

**MAIL TO** (blank)

**LIEN INFORMATION** (blank)

**SELLER INFORMATION** (blank)

**CORRECTED OR DUPLICATE** (blank)

SIGN HERE: Jennifer Jarvis - agent

T1304132027

EXHIBIT D