IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>    Defendants. | No.    08 C 377 |

### PLAINTIFF KENNETH GORDON'S FIRST REQUESTS TO ADMIT TO DEFENDANT DOERGE

Now comes the Plaintiff, Kenneth Gordon ("Ken"), by his attorneys, Boyd & Kummer, LLC, and in complaining of the Defendant Chicago Police Officer Doerge, states as follows:

### DEFINITIONS

1.    As used herein, the term "the Car" shall mean a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039.

1

## REQUESTS TO ADMIT THE GENUINESS OF DOCUMENTS

1. Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A.

2. Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A, is a public record.

3. Admit the genuineness of the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B.

4. Admit that the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B, is a public record.

5. Admit the genuineness of the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C.

6. Admit that the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C, is a public record.

7. Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D.

8.  Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D, is a public record.

## REQUESTS FOR ADMISSION OF FACTS

1.  Admit that on July 26, 2001, criminal complaint # 01135885 was filed containing the signature of "Arthur Johnson."

2.  Admit that criminal complaint # 01135885 listed the complainant as "Arthur Johnson/Todd Johnson."

3.  Admit that Arthur Johnson did not sign criminal complaint numbered 01135885.

4.  Admit that neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson signed criminal complaint numbered 01135885.

5.  Admit that Bionic Auto Parts and Sales, Inc is listed on Secretary of State Documents as holding title to the Car after 09/18/01.

6.  Admit that Officer Doerge obtained vehicle records for the Car, on or before April 8, 2002.

7.  Admit that Exhibit A, Application for Vehicle Title states that the Car was purchased by Go America Auto Insurance on 01/01/01.

8.  Admit that Exhibit A, Application for Vehicle Title states the car was "inoperable."

9.  Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance held the Salvage Certificate for the Car. See Exhibit B.

10. Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance gave an "assignment of certificate" to Bionic Auto Parts on 9/18/01.

11. Admit that on July 25, 2001, neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson owned the Car.

12. Admit that Illinois Secretary of State records demonstrate that on July 25, 2001, Go America Insurance owned the Car.

13. Admit that on April 25, 2002, the trial date in the criminal matter, Officer Doerge knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2005, the date the Car was allegedly stolen.

14. Admit that on August 13, 2001, Officer Doerge knew Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

15. Admit that Officer Doerge performed a vehicle title search on the Car on or around July 25, 2001.

16. Admit that on August 13, 2001, Officer Doerge testified under oath, before a Grand Jury, that he spoke with "the owner of the vehicle, Arthur Johnson," prior to the Grand Jury Proceeding.

17. Admit that Officer Doerge did not speak with "the owner of the vehicle, Arthur Johnson," prior to the Grand Jury Proceeding.

18. Admit that on August 13, 2001, Officer Doerge answered under oath, before a Grand Jury, that he determined the Car that Ken was arrested for stealing was, in fact, stolen.

        _____
        One of Plaintiff's Attorneys
        Juliet Boyd
        /s/ Scott W. Kummer
        BOYD & KUMMER, LLC
        20 S. Clark, Ste. 500
        Chicago, IL 60603
        312-363-6100
        312-372-7076 (Fax)
        ARDC No. 6255657
        ARDC No. 6273348