IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO, | No.    08 C 377 |

## NOTICE OF MOTION

On <u>May 1, 2008</u> at <u>10:30 a.m.</u>, or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Mervin E. Aspen, Courtroom 2568, or any Judge sitting in his/her stead, at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present **Plaintiff's Motion For Leave Serve Requests to Admit.**

                                        s/ Scott Kummer
                                        Boyd & Kummer, LLC
                                        20 S. Clark, Suite 500
                                        Chicago, IL 60603
                                        Tel:  312-363-6100
                                        Fax:  312-372-7076
                                        Scott@boydkummer.com
                                        ARDC# 6273348

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2008 a copy of **Plaintiff's Motion For Leave To Serve Requests to Admit** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

            Respectfully submitted,

            s/ Scott Kummer
            Boyd & Kummer, LLC
            20 S. Clark, Suite 500
            Chicago, IL 60603
            Tel:   312-363-6100
            Fax:  312-372-7076
            Scott@boydkummer.com
            ARDC# 6273348

**Notice will be electronically mailed to:**

Rita C. Moran
Scott Jebson
Stephen L. Garcia
Deja C. Nave