IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>Defendants. | No.    08 C 377 |

### CHRISTOPHER STASKO'S MOTION TO WITHDRAW

Christopher Stasko, previously of the firm Stasko & Boyd, LLC, attorneys for the Plaintiff, Kenneth Gordon, pursuant to Illinois Supreme Court Rule 13 requests leave to withdraw as Plaintiff's attorney. In support thereof Christopher Stasko states as follows:

1. On January 16, 2008, attorneys Juliet Boyd, Scott Kummer, and Christopher Stasko of the law firm of Stasko & Boyd, LLC, filed appearances on behalf of the Plaintiff in this action.

2. On February 27, 2008, the law firm of Stasko & Boyd, LLC filed a notice of change of firm name. Boyd & Kummer, LLC is the current name of the law firm representing Kenneth Gordon.

3. The law firm of Boyd & Kummer, LLC, is currently representing and will continue to represent the Plaintiff in this action. Christopher Stasko is not an attorney employed by Boyd & Kummer, LLC.

4. Thus, Christopher Stasko requests permission to withdraw from his representation of the Plaintiff.

WHEREFORE, Christopher Stasko respectfully requests this Court to grant him leave to withdraw as attorney for Plaintiff, Kenneth Gordon, and for any other relief this Court deems just.

_____
One of Plaintiff's Attorneys

Juliet Boyd
Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348

_____
STASKO LAW GROUP, LLC
Christopher Stasko
ARDC No. 6256720