# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Kenneth Gordon

                              Plaintiff,

v.                                          Case No.: 1:08−cv−00377
                                            Honorable Marvin E. Aspen

Richard Devine, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

     MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/23/08:Plaintiffs' Motion for leave to serve [22] requests to admit, instanter, is granted. Motion terminated. Parties are to meet and hold a preliminary discovery and settlement conference and file a joint discovery plan in advance of the status date, with a courtesy copy to chambers, Room 2578. The status hearing set for 5/1/08 is reset to 6/10/2008 at 10:30 AM. The motion hearing set for 5/1/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.