IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>　　Plaintiff,<br><br>　　v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>　　Defendants. | No.　　08 C 377 |

## NOTICE OF MOTION

　　On <u>May 1</u> at <u>10:30 a.m.</u>, or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Aspen, Courtroom 2525, or any Judge sitting in his/her stead, at the Dirksen Building, 219 S Dearborn, Chicago, Illinois and shall then and there present **Christopher Stasko's Motion To Withdraw**.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Juliet Boyd
　　　　　　　　　　　　　　　　　　　　　　　/s/ Scott W. Kummer
　　　　　　　　　　　　　　　　　　　　　　　Boyd & Kummer, LLC
　　　　　　　　　　　　　　　　　　　　　　　20 S. Clark, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　　Tel: 312-363-6100
　　　　　　　　　　　　　　　　　　　　　　　Fax: 312-372-7076
　　　　　　　　　　　　　　　　　　　　　　　ARDC# 6255657
　　　　　　　　　　　　　　　　　　　　　　　ARDC# 6273348

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 23, 2008, a copy of **Christopher Stasko's Motion To Withdraw** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                       Respectfully submitted,

                        /s/ Juliet Boyd
                        /s/ Scott W. Kummer
                        Boyd & Kummer, LLC
                        20 S. Clark, Suite 500
                        Chicago, IL 60603
                        Tel: 312-363-6100
                        Fax: 312-372-7076
                        ARDC# 6255657
                        ARDC# 6273348

**Notice will be electronically mailed to:**

Stephen L. Garcia
Scott J. Jebson
Rita C. Moran
Deja C. Nave