UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kenneth Gordon
                       Plaintiff,

v.                                                  Case No.: 1:08−cv−00377
                                                            Honorable Marvin E. Aspen

Richard Devine, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/29/08:Christopher Stasko's Motion to withdraw as attorney [24] for plaintiff is granted. Motion terminated. Attorney Christopher J. Stasko terminated. The motion hearing set for 5/1/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.