IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT RICHARD A. DEVINE, MERLE SHEARER, AND
COOK COUNTY'S MOTION FOR LEAVE TO FILE INSTANTER
AND FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Defendants Richard A. Devine, Cook County State's Attorney, Assistant State's Attorney Merle Shearer, and Cook County, by and through their attorneys, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis Hegeman and Stephen L. Garcia, Assistant State's Attorneys, hereby move this Court for leave to file their motion to dismiss Plaintiff's Complaint *instanter*, and for leave to file a memorandum in support of their motion to dismiss in excess of 15 pages, stating as follows:

1.      Plaintiff Kenneth Gordon has filed an eleven-count, 137 paragraph Complaint against several Chicago police officers and the City of Chicago, as well as State's Attorney Richard A. Devine, Assistant State's Attorney Merle Shearer and the County of Cook (collectively the "SAO Defendants"), arising out of his arrest and prosecution for possession of a stolen motor vehicle.

2.      By this Court's order of March 7, 2008, the SAO Defendants were to answer or otherwise plead by April 29, 2008.

3.  Counsel for the SAO Defendants with the primary responsibility for preparation and filing of a responsive pleading was required to report as an alternate for jury duty on Monday, April 28, 2008.

4.  Although having prepared a motion to dismiss and supporting memorandum that were substantially complete, despite diligent effort counsel was unable to complete and file the motion and memorandum on April 29, 2008.

5.  In an effort not to delay filing more than necessary, rather than seek an extension of time within which to file defendant Devine's motion for summary judgment, counsel for defendant have completed defendant's motion and supporting memoranda and seek leave to file said motion *instanter*, one day after the due date. A copy of the SAO Defendants' motion to dismiss is attached hereto as Exhibit A.

6.  In moving to dismiss Plaintiff's Complaint, the SAO Defendants raise issues of absolute prosecutorial immunity, the Court's subject matter jurisdiction over plaintiff's state law claims against these defendants on the basis of sovereign immunity and the Illinois Court of Claims Act, as well as the failure to state a claim on certain of the eleven counts of the complaint.

7.  Despite their best efforts, counsel for defendants have been unable to set forth all of defendants' arguments within the 15 page limit established by Local Rule 7.1.

8.  Because of the number of claims raised in plaintiff's complaint, and the discussion necessary to adequately address the issues raised by the SAO Defendants' motion to dismiss, defendants respectfully request that they be granted leave to file their memorandum in excess of 15 pages, totaling 17 pages. A copy of defendants' proposed memorandum is attached hereto as Exhibit B.

WHEREFORE, for the above and foregoing reasons, defendants State's Attorney Richard A. Devine, ASA Merle Shearer, and the County of Cook, respectfully move this Court for leave to file their motion to dismiss Plaintiff's Complaint *instanter*, and for leave to file their memorandum in support of their motion to dismiss in excess of 15 pages, totaling 17 pages.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    /s/ Stephen L. Garcia_____
        ARDC #06195546

        Patrick T. Driscoll, Jr.
        Deputy States Attorney
        Chief, Civil Actions Bureau

        Louis R. Hegeman
        Supervisor, Special Projects and Assignments

        Stephen L. Garcia
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5475