# EXHIBIT  A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KENNETH GORDON

     Plaintiff,

     v.

No.   08 C 377

RICHARD DEVINE, Cook County State's
Attorney; MERLE SHEARER,
Assistant Cook County State's Attorney;
UNKNOWN ASSISTANT
STATE'S ATTORNEYS of the Cook County
State's Attorney's Office; COUNTY OF
COOK; CHICAGO POLICE OFFICER
DOERGE (Star #16110); CHICAGO POLICE
OFFICER R. BALTAZAR (Star # 10905);
CHICAGO POLICE SERGEANT MARK
O'CONNOR (Star #2384); UNKNOWN
OFFICERS OF THE CHICAGO POLICE
DEPARTMENT; and THE CITY OF
CHICAGO,

     Defendants.

## PLAINTIFF KENNETH GORDON'S FIRST REQUESTS TO ADMIT TO DEFENDANT RICHARD DEVINE

Now comes the Plaintiff, Kenneth Gordon ("Ken"), by his attorneys, Boyd &
Kummer, LLC, and in complaining of the Defendant Cook County, states as follows:

### DEFINITIONS

1.    As used herein, the term "the Car" shall mean a 1995 Oldsmobile Aurora,
VIN Number of 1G3GR62C8S4131039.

2.    "SA" as used herein shall mean the State's Attorney's Office and its
employees.

1

## REQUESTS TO ADMIT THE GENUINESS OF DOCUMENTS

1.    Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A.

2.    Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A, is a public record.

3.    Admit the genuineness of the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B.

4.    Admit that the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B, is a public record.

5.    Admit the genuineness of the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C.

6.    Admit that the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C, is a public record.

7.    Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D.

8.    Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D, is a public record.

## REQUESTS FOR ADMISSION OF FACTS

1.    Admit that on July 26, 2001, criminal complaint # 01135885 was filed containing the signature of "Arthur Johnson."

2.    Admit that criminal complaint # 01135885 listed the complainant as "Arthur Johnson/Todd Johnson."

3.    Admit that Arthur Johnson did not sign criminal complaint numbered 01135885.

4.    Admit that neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson signed criminal complaint numbered 01135885.

5.    Admit that on April 8, 2002 the SA filed an Answer in the criminal matter.

6.    Admit that on April 8, 2002 the Answer filed by the SA stated that it intended to call representatives of Bionic Auto Parts and Sales, Inc as witnesses.

7.    Admit that Bionic Auto Parts and Sales, Inc is listed on Secretary of State Documents as holding title to the Car after 09/18/01.

8.    Admit that the SA's office obtained vehicle records for the Car, on or before April 8, 2002.

9.    Admit that Exhibit A, Application for Vehicle Title states that the Car was purchased by Go America Auto Insurance on 01/01/01.

3

10.    Admit that Exhibit A, Application for Vehicle Title states the car was "inoperable."

11.    Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance held the Salvage Certificate for the Car. See Exhibit B.

12.    Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance gave an "assignment of certificate" to Bionic Auto Parts on 9/18/01.

13.    Admit that on July 25, 2001, neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson owned the Car.

14.    Admit that Illinois Secretary of State records demonstrate that on July 25, 2001, Go America Insurance owned the Car.

15.    Admit that on April 25, 2002, the trial date in the criminal matter, the SA knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

16.    Admit that on April 25, 2002, the trial date in the criminal matter, Merle Shearer knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

17.    Admit that on April 25, 2002, the trial date in the criminal matter, Cook County knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

18.    Admit that on April 25, 2002, Assistant State's Attorney, Merle Shearer, told Craig Rosenthal, Ken's lawyer, that he had the owner of the car, Todd Johnson, on phone hold.

4

19.     On April 25, 2002, Merle Shearer stated to Judge Gaughan, that he had spoken to the owner of the Car, Todd Johnson, and that if called to testify, Johnson would state that he was the owner of the Car, that the Car was in working condition and that he had not given Ken permission to drive the Car.

20.     Admit that on August 13, 2001, SA knew Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

21.     Admit that on February 24, 2005, SA Richard Devine knew that Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

22.     Admit that on February 24, 2005, Cook County knew that Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

23.     Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, Richard Devine knew Ken could not have committed the crime he was convicted of.

24.     Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, SA knew Ken could not have committed the crime he was convicted of.

25.     Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, Cook County knew Ken could not have committed the crime he was convicted of.

26.    Prior to Ken's completion of his prison sentence, in open court before Judge Gaughan, SA offered to release Ken from prison if he pled guilty to a criminal charge and agreed to waive his civil rights claims against the SA.

27.    Prior to Ken's completion of his prison sentence, in open court before Judge Gaughan, Cook County offered to release Ken from prison if he pled guilty to a criminal charge and agreed to waive his civil rights claims against the SA.

_____
One of Plaintiff's Attorneys
Juliet Boyd
/s/ Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348

6

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

CHECK ONLY ONE BOX:
- ☐ TITLE ONLY
- ☐ DUPLICATE TITLE
- ☐ JUNKING CERTIFICATE
- ☐ CORRECTED TITLE
- ☒ SALVAGE CERTIFICATE
- ☐ SPECIFY

FFR504/30/01:03:7639=    4.00 MJ
S

## OWNER INFORMATION

Owner's name: Go America Auto Insurance

510-19000145 W

COOK

COUNTY CODE 016

Residence/Business Address: 110 E. Palatine Rd.

City: Wheeling    IL    ZIP CODE 60090-0000

## VEHICLE INFORMATION

Current odometer reading: INOPERABLE

Vehicle Identification Number: 1G3GR62C8S4131039

YEAR: 1995    MAKE OF VEHICLE: OLDSMOBILE    MODEL: AURORA    BODY: SEDAN 4D

PURCHASE DATE: 01/01/01

Surrendered title number and state of issuance: T8288238005    STATE: IL

## MAIL TO

## LIEN INFORMATION

## SELLER INFORMATION

## CORRECTED OR DUPLICATE

SIGN HERE

AUDITONE USE ONLY: 4.00

TITLE ADMIN OFFICE

T1120930006

EXHIBIT A

ITLS

## SALVAGE CERTIFICATE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| K30R82C84131039 | 95 | OLDSMOBILE | AURORA | 4 DOOR | T1120930008 |

| DATE ISSUED | ODOMETER | COM. | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 05/14/01 | | | USED | 01/01/01 |

MOBILE HOME SQ. FT.

TYPE OF TITLE
**ORIGINAL**

MAILING ADDRESS

GO AMERICA INS 510-19000145W
110 E PALATINE RD
WHEELING IL 60090

95 OLDS AURORA GOLD

05818661 S Sale Document

LEGEND(S)

INOPERABLE ODOMETER

GO AMERICA INS 510-19000145W
110 E PALATINE RD
WHEELING IL 60090

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with this office, the person or entity named herein has been duly recorded as the lawful owner of the salvage vehicle described above.

IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND
THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

E00783273
CONTROL NO.

*Jesse White*
JESSE WHITE-Secretary of State

**EXHIBIT**
**B**

A Salvage Certificate can only be assigned to licensed rebuilder, automotive parts recycler, or scrap processor. Re-assignment of a Salvage Certificate to one other licensee is permitted.

### ASSIGNMENT OF CERTIFICATE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

Bionic Auto Parts 4155 w North Avenue Chicago, Il 6063

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☒ 2. The odometer reading is not the actual mileage."
WARNING-ODOMETER DISCREPANCY

Printed Name of Selling Company (if applicable) Go America Insurance

Signature of Seller H. Risley Agent

Printed Name of Seller H. Risley Agent          Date of Sale 9-14-01

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee Kim Flahive Agent
I am aware of the above odometer certification made by seller."

Signature of Purchasing Licensee K.

---

### RE-ASSIGNMENT BY LICENSEE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage."
WARNING-ODOMETER DISCREPANCY

Printed Name of Selling Licensee _____

Signature of Agent _____

Printed Name of Agent _____          Date of Sale _____

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee _____
I am aware of the above odometer certification made by seller."

Signature of Purchasing Licensee _____

1304132027

**NO ADDITIONAL RE-ASSIGNMENT PERMITTED**

EXHIBIT
C

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

**CHECK ONLY ONE BOX**

1. ☐ TITLE ONLY   ☐ CORRECTED TITLE
   ☐ DUPLICATE TITLE   ☐ SALVAGE CERTIFICATE SPECIFY
   ☒ JUNKING CERTIFICATE

**OWNER INFORMATION**

2. OWNER'S IL DRIVERS LICENSE NO.   3. DATE OF BIRTH / /   ☐ M ☐ F
   CO-OWNER'S IL DRIVERS LICENSE NO.   DATE OF BIRTH / /   ☐ M ☐ F

5. OWNER'S NAME   FIRST   MIDDLE   LAST
   I 3042
   Bionic Auto Parts + Sales, Inc
7. RESIDENCE/BUSINESS ADDRESS
   4655 W. North Ave
   CITY Chicago   STATE IL   ZIP CODE 60639

6. COUNTY
   COUNTY CODE   OFFICE USE ONLY

**VEHICLE INFORMATION**

8. CURRENT ODOMETER READING (NO FRACTIONS)   OWNER OVER 16 000 LBS ☐ YES
   ODOMETER READING STATED IS (CHECK ONE BOX)
   ☐ ACTUAL MILEAGE   ☐ NOT ACTUAL MILEAGE   ☐ IN EXCESS OF MECHANICAL LIMITS

9. VEHICLE IDENTIFICATION NUMBER
   1G3GR62C8S4131039

   YEAR 95   MAKE OF VEHICLE Oldsmobile   MODEL Aurora   4door

14. PURCHASE DATE
    09 / 18 / 01
    MONTH   DAY   YEAR
    ☐ NEW   ☒ USED

15. REBUILT VEHICLE   16. MOTORCYCLE   VEHICLE COLOR   UPPER   LOWER   RENTAL VEHICLE   LEASED VEHICLE
    ☐ FLOOD   ☐ REBUILT   ☐ NO CC   ☐ YES   ☐ YES

19. SURRENDER TITLE NUMBER AND STATE OF ISSUANCE
    T1120930006   STATE FL

20. MOBILE HOME SQUARE FOOTAGE   21. FOR HIRE ☐ YES ☐ NO

**MAIL TO**
22. TITLE MAILING INSTRUCTIONS
    NAME   STREET   CITY   STATE   ZIP

**LIEN INFORMATION**
23. FIRST LIENHOLDER NAME AND ADDRESS   24. SECOND LIENHOLDER NAME AND ADDRESS
    NAME   NAME
    STREET   STREET
    CITY   STATE   ZIP   CITY   STATE   ZIP

**SELLER INFORMATION**
25. FROM WHOM DID YOU BUY?   26. IF PURCHASED FROM A DEALER, DEALER MUST SIGN AND GIVE DEALER NUMBER   DEALER NUMBER
    NAME
    STREET   CITY   STATE   ZIP

**CORRECTED OR DUPLICATE**
27. REASON FOR REQUESTING CORRECTED OR DUPLICATE TITLE MUST BE GIVEN OR APPLICATION WILL BE RETURNED   28. MOST RECENT PLATE NUMBER   EXPIRATION DATE

SIGN HERE ✗ *Jennifer Parvis-agent*
30. DAYTIME TELEPHONE NUMBER

YOUR SIGNATURE ON THIS APPLICATION AUTHORIZES THE SECRETARY OF STATE TO LOWER THE AMOUNT OF YOUR CHECK IF FEE SUBMITTED IS GREATER THAN THE REQUIRED FEE FOR SUCH TRANSACTIONS

31. TAX #   AUDITORS USE ONLY   TAX EIN NUMBER   CERT

1304132027

REMITTER AGENCY DRIVERS LICENSE STAMP NAME HERE ONLY

EXHIBIT
D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KENNETH GORDON

    Plaintiff,

    v.

RICHARD DEVINE, Cook County State's
Attorney; MERLE SHEARER,
Assistant Cook County State's Attorney;
UNKNOWN ASSISTANT
STATE'S ATTORNEYS of the Cook County
State's Attorney's Office; COUNTY OF
COOK; CHICAGO POLICE OFFICER
DOERGE (Star #16110); CHICAGO POLICE
OFFICER R. BALTAZAR (Star # 10905);
CHICAGO POLICE SERGEANT MARK
O'CONNOR (Star #2384); UNKNOWN
OFFICERS OF THE CHICAGO POLICE
DEPARTMENT; and THE CITY OF
CHICAGO,

    Defendants.

No.    08 C 377

### PLAINTIFF KENNETH GORDON'S FIRST REQUESTS TO ADMIT
### TO DEFENDANT MERLE SHEARER

Now comes the Plaintiff, Kenneth Gordon ("Ken"), by his attorneys, Boyd &

Kummer, LLC, and in complaining of the Defendant Merle Shearer, states as follows:

### DEFINITIONS

1.    As used herein, the term "the Car" shall mean a 1995 Oldsmobile Aurora,

VIN Number of 1G3GR62C8S4131039.

2.    "SA" as used herein shall mean the State's Attorney's Office and its

employees.

1

## REQUESTS TO ADMIT THE GENUINESS OF DOCUMENTS

1.      Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A.

2.      Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A, is a public record.

3.      Admit the genuineness of the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B.

4.      Admit that the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B, is a public record.

5.      Admit the genuineness of the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C.

6.      Admit that the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C, is a public record.

7.      Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D.

8.    Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D, is a public record.

## REQUESTS FOR ADMISSION OF FACTS

1.    Admit that on July 26, 2001, criminal complaint # 01135885 was filed containing the signature of "Arthur Johnson."

2.    Admit that criminal complaint # 01135885 listed the complainant as "Arthur Johnson/Todd Johnson."

3.    Admit that Arthur Johnson did not sign criminal complaint numbered 01135885.

4.    Admit that neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson signed criminal complaint numbered 01135885.

5.    Admit that on April 8, 2002 the SA filed an Answer in the criminal matter.

6.    Admit that on April 8, 2002 the Answer filed by the SA stated that it intended to call representatives of Bionic Auto Parts and Sales, Inc as witnesses.

7.    Admit that Bionic Auto Parts and Sales, Inc is listed on Secretary of State Documents as holding title to the Car after 09/18/01.

8.    Admit that the SA's office obtained vehicle records for the Car, on or before April 8, 2002.

9.    Admit that Exhibit A, Application for Vehicle Title states that the Car was purchased by Go America Auto Insurance on 01/01/01.

3

10.    Admit that Exhibit A, Application for Vehicle Title states the car was "inoperable."

11.    Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance held the Salvage Certificate for the Car.  See Exhibit B.

12.    Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance gave an "assignment of certificate" to Bionic Auto Parts on 9/18/01.

13.    Admit that on July 25, 2001, neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson owned the Car.

14.    Admit that Illinois Secretary of State records demonstrate that on July 25, 2001, Go America Insurance owned the Car.

15.    Admit that on April 25, 2002, the trial date in the criminal matter, the SA knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2005, the date the Car was allegedly stolen.

16.    Admit that on April 25, 2002, the trial date in the criminal matter, Merle Shearer knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2005, the date the Car was allegedly stolen.

17.    Admit that on April 25, 2002, Assistant State's Attorney, Merle Shearer, told Craig Rosenthal, Ken's lawyer, that he had the owner of the car, Todd Johnson, on phone hold.

18.    On April 25, 2002, Merle Shearer stated to Judge Gaughan, that he had spoken to the owner of the Car, Todd Johnson, and that if called to testify, Johnson would state that he was the owner of the Car, that the Car was in working condition and that he had not given Ken permission to drive the Car.

4

19.    Admit that on August 13, 2001, SA knew Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

20.    Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, Mearle Shearer knew Ken could not have committed the crime he was convicted of.

21.    Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, SA knew Ken could not have committed the crime he was convicted of.

_____
One of Plaintiff's Attorneys
Juliet Boyd
/s/ Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348

5

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

**CHECK ONLY ONE BOX**
- [ ] TITLE ONLY
- [ ] CORRECTED TITLE
- [ ] DUPLICATE TITLE
- [X] SALVAGE CERTIFICATE
- [ ] SPECIFY
- [ ] JUNKING CERTIFICATE

FFRS04/30/01:03:7639:    4.00 ▌▌
S

## OWNER INFORMATION

| OWNER'S & DRIVER'S LICENSE NO | DATE OF BIRTH | SEX | OWNER'S NAME FIRST MIDDLE LAST |
|---|---|---|---|
| | / / | [ ] M [ ] F | Go America Auto Insurance |
| CO-OWNER'S & DRIVER'S LICENSE NO | DATE OF BIRTH | SEX | 510-19000145 W |
| | / / | [ ] M [ ] F | |

COUNTY: COOK
RESIDENCE/BUSINESS ADDRESS: 110 E. Palatine Rd.

COUNTY CODE: 016
CITY: Wheeling    IL    ZIP CODE: 60090-0000

## VEHICLE INFORMATION

CURRENT ODOMETER READING AND TENTHS: INOPERABLE    OVER 16,000 LBS [ ] YES

VEHICLE IDENTIFICATION NUMBER: 1G3GR62C8S4131039

ODOMETER READING STATED IS (CHECK ONE BOX)
- [ ] ACTUAL MILEAGE
- [X] NOT ACTUAL MILEAGE
- [ ] IN EXCESS OF MECHANICAL LIMITS

| YEAR | MAKE OF VEHICLE | MODEL | BODY STYLE |
|---|---|---|---|
| 1995 | OLDSMObile | AURORA | SEDAN 4 |

PURCHASE DATE: 01 / 01 / 01
- [ ] NEW
- [ ] USED

REBUILT VEHICLE
- [ ] FLOOD
- [ ] REBUILT

MOTORCYCLE
- NO CC
- UPPER
- LOWER

VEHICLE COLORS

RENTAL VEHICLE [ ] YES    [ ] YES

SURRENDER TITLE NUMBER AND STATE OF ISSUANCE: T8288238005    STATE: IL

MOBILE HOME SQUARE FOOTAGE

FOR HIRE [ ] YES [ ] NO

## MAIL TO
TITLE MAILING INSTRUCTIONS

NAME

STREET

CITY    STATE    ZIP

## LIEN INFORMATION

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

NAME

STREET    STREET

CITY    STATE    ZIP    CITY    STATE    ZIP

## SELLER INFORMATION

FROM WHOM DID YOU BUY?

IF PURCHASED FROM A DEALER, DEALER MUST SIGN AND GIVE DEALER NUMBER    DEALER NUMBER

NAME

STREET    STATE    ZIP

## CORRECTED OR DUPLICATE

REASON FOR REQUIRING CORRECTED OR DUPLICATE TITLE

MOST RECENT PLATE NUMBER    EXPIRATION MO/YR

DAYTIME TELEPHONE NUMBER

**SIGN HERE**
X
X

OUR SIGNATURE ON THE APPLICATION AUTHORIZES THE SECRETARY OF STATE TO LOWER THE AMOUNT OF YOUR CHECK IF FEE SUBMITTED IS GREATER THAN THE REQUIRED FEE FOR USE IN TRANSACTIONS

| REGISTRATIONS USE ONLY | | TAX 7% NUMBER |
|---|---|---|
| CWT [ ] | B [ ] | 4.00 |

TITLES ADMIN OFFICE

T1120930006

ITLS

EXHIBIT
A



## BALVAGE CERTIFICATE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1G3GR62C654191039 | 95 | OLDSMOBILE | AURORA | 4 DOOR | T1120030008 |

| DATE ISSUED | ODOMETER | COM. | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 05/14/01 | 0 | | USED | 01/01/01 |

MOBILE HOME SQ. FT.

TYPE OF TITLE
ORIGINAL

MAILING ADDRESS

GO AMERICA INS 510-19000145W
110 E PALATINE RD
WHEELING IL 60090

9S OLDS AURORA GOLD

05818661 S Safe Document

LEGEND(S)

INOPERABLE ODOMETER

REGISTERED AND BE PRINTED
GO AMERICA INS 510-19000145W
110 E PALATINE RD
WHEELING IL 60090

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records as on file with said office, the person or entity named hereon has been duly recorded as the lawful owner of the salvage vehicle described above.

IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND
THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

E00783273
CONTROL NO.

*Jesse White*
JESSE WHITE, Secretary of State

EXHIBIT
B

*Provide and State law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

A Salvage Certificate can only be assigned to licensed rebuilder, automotive parts recycler, or scrap processor. Re-assignment of a Salvage Certificate to one other licensee is permitted.

## ASSIGNMENT OF CERTIFICATE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

Bionic Auto Parts 4655 w North Avenue Chicago, IL 60639

*I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:*

|   | NO TENTHS |   |
|---|-----------|---|
| ☐ | | 1. The mileage stated is in excess of its mechanical limits. |
| ☒ | | 2. The odometer reading is not the actual mileage." **WARNING-ODOMETER DISCREPANCY** |

Printed Name of Selling Company (if applicable) Go America Insurance

Signature of Seller H. Risley Agent

Printed Name of Seller H. Risley Agent          Date of Sale 9-14-01

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee Kim Flahive Agent
*I am aware of the above odometer certification made by Seller*

Signature of Purchasing Licensee _____

## RE-ASSIGNMENT BY LICENSEE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

*I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:*

|   | NO TENTHS |   |
|---|-----------|---|
| ☐ | | 1. The mileage stated is in excess of its mechanical limits. |
| ☐ | | 2. The odometer reading is not the actual mileage." **WARNING-ODOMETER DISCREPANCY** |

Printed Name of Selling Licensee _____

Signature of Agent _____

Printed Name of Agent _____          Date of Sale _____

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee _____
*I am aware of the above odometer certification made by Seller*

Signature of Purchasing Licensee _____

1304132027    NO ADDITIONAL RE-ASSIGNMENT PERMITTED

**EXHIBIT**
**C**

KE 13

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

CHECK ONLY ONE BOX:
- [ ] TITLE ONLY
- [ ] CORRECTED TITLE
- [ ] DUPLICATE TITLE
- [ ] SALVAGE CERTIFICATE SPECIFY
- [X] JUNKING CERTIFICATE

**Owner:** I 3042
Bionic Auto Parts + Sales, Inc
4655 W. North Ave
Chicago IL 60639

**Vehicle:** 1G-3GR62C8S4131039
95 Oldsmobile Aurora 4door
Purchase date: 07/18/01 USED

Surrender title: T 1120930006 State IL

Sign here: Jennifer Jones agent

1304132027

**EXHIBIT D**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KENNETH GORDON

    Plaintiff,

    v.

RICHARD DEVINE, Cook County State's
Attorney; MERLE SHEARER,
Assistant Cook County State's Attorney;
UNKNOWN ASSISTANT
STATE'S ATTORNEYS of the Cook County
State's Attorney's Office; COUNTY OF
COOK; CHICAGO POLICE OFFICER
DOERGE (Star #16110); CHICAGO POLICE
OFFICER R. BALTAZAR (Star # 10905);
CHICAGO POLICE SERGEANT MARK
O'CONNOR (Star #2384); UNKNOWN
OFFICERS OF THE CHICAGO POLICE
DEPARTMENT; and THE CITY OF
CHICAGO,

    Defendants.

No.   08 C 377

### PLAINTIFF KENNETH GORDON'S FIRST REQUESTS TO ADMIT
### TO DEFENDANT COOK COUNTY

Now comes the Plaintiff, Kenneth Gordon ("Ken"), by his attorneys, Boyd &

Kummer, LLC, and in complaining of the Defendant Cook County, states as follows:

### DEFINITIONS

1.    As used herein, the term "the Car" shall mean a 1995 Oldsmobile Aurora,

VIN Number of 1G3GR62C8S4131039.

2.    "SA" as used herein shall mean the State's Attorney's Office and its

employees.

## REQUESTS TO ADMIT THE GENUINESS OF DOCUMENTS

1.    Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A.

2.    Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Go America Insurance, with a purchase date of January 1, 2001, attached as Exhibit A, is a public record.

3.    Admit the genuineness of the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B.

4.    Admit that the Secretary of State Salvage Certificate of a Vehicle for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, dated May 14, 2001, attached as Exhibit B, is a public record.

5.    Admit the genuineness of the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C.

6.    Admit that the Assignment of Certificate of a Vehicle from Go America Insurance to Bionic Auto Parts, with a date of sale listed as September 14, 2001, attached as Exhibit C, is a public record.

7.    Admit the genuineness of the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D.

2

8.    Admit that the Secretary of State Application For Vehicle Title for a 1995 Oldsmobile Aurora, VIN Number of 1G3GR62C8S4131039, owned by Bionic Auto Parts, with a purchase date of September 18, 2001, attached as Exhibit D, is a public record.

## REQUESTS FOR ADMISSION OF FACTS

1.    Admit that on July 26, 2001, criminal complaint # 01135885 was filed containing the signature of "Arthur Johnson."

2.    Admit that criminal complaint # 01135885 listed the complainant as "Arthur Johnson/Todd Johnson."

3.    Admit that Arthur Johnson did not sign criminal complaint numbered 01135885.

4.    Admit that neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson signed criminal complaint numbered 01135885.

5.    Admit that on April 8, 2002 the SA filed an Answer in the criminal matter.

6.    Admit that on April 8, 2002 the Answer filed by the SA stated that it intended to call representatives of Bionic Auto Parts and Sales, Inc as witnesses.

7.    Admit that Bionic Auto Parts and Sales, Inc is listed on Secretary of State Documents as holding title to the Car after 09/18/01.

8.    Admit that the SA's office obtained vehicle records for the Car, on or before April 8, 2002.

9.    Admit that Exhibit A, Application for Vehicle Title states that the Car was purchased by Go America Auto Insurance on 01/01/01.

3

10.     Admit that Exhibit A, Application for Vehicle Title states the car was "inoperable."

11.     Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance held the Salvage Certificate for the Car. See Exhibit B.

12.     Admit that Illinois Secretary of State records demonstrate that Go America Auto Insurance gave an "assignment of certificate" to Bionic Auto Parts on 9/18/01.

13.     Admit that on July 25, 2001, neither Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, nor Todd Johnson owned the Car.

14.     Admit that Illinois Secretary of State records demonstrate that on July 25, 2001, Go America Insurance owned the Car.

15.     Admit that on April 25, 2002, the trial date in the criminal matter, the SA knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

16.     Admit that on April 25, 2002, the trial date in the criminal matter, Merle Shearer knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

17.     Admit that on April 25, 2002, the trial date in the criminal matter, Cook County knew that neither Todd Johnson nor Arthur Johnson had owned the Car on July 25, 2001, the date the Car was allegedly stolen.

18.     Admit that on April 25, 2002, Assistant State's Attorney, Merle Shearer, told Craig Rosenthal, Ken's lawyer, that he had the owner of the car, Todd Johnson, on phone hold.

4

19.    On April 25, 2002, Merle Shearer stated to Judge Gaughan, that he had spoken to the owner of the Car, Todd Johnson, and that if called to testify, Johnson would state that he was the owner of the Car, that the Car was in working condition and that he had not given Ken permission to drive the Car.

20.    Admit that on August 13, 2001, SA knew Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

21.    Admit that on February 24, 2005, SA Richard Devine knew that Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

22.    Admit that on February 24, 2005, Cook County knew that Ken did not attempt to steal a vehicle on July 25, 2001 that was owned by Arthur Johnson, Arthur "Todd" Johnson, Todd "Arthur" Johnson, or Todd Johnson.

23.    Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, Richard Devine knew Ken could not have committed the crime he was convicted of.

24.    Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, SA knew Ken could not have committed the crime he was convicted of.

25.    Upon receiving Ken's Amended Petition For Post-Conviction Relief on February 24, 2005, Cook County knew Ken could not have committed the crime he was convicted of.

26.    Prior to Ken's completion of his prison sentence, in open court before Judge Gaughan, SA offered to release Ken from prison if he pled guilty to a criminal charge and agreed to waive his civil rights claims against the SA.

27.    Prior to Ken's completion of his prison sentence, in open court before Judge Gaughan, Cook County offered to release Ken from prison if he pled guilty to a criminal charge and agreed to waive his civil rights claims against the SA.

_____
One of Plaintiff's Attorneys
Juliet Boyd
/s/ Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348

6

# APPLICATION FOR VEHICLE TITLE

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

**CHECK ONLY ONE BOX**

1.
- [ ] TITLE ONLY
- [ ] CORRECTED TITLE
- [ ] DUPLICATE TITLE
- [x] SALVAGE CERTIFICATE
- [ ] JUNKING CERTIFICATE
- SPECIFY

FFRS04/30/01:03:7637:    4.00 NU
S

**OWNER INFORMATION**

| OWNER'S & DRIVER'S LICENSE NO. | DATE OF BIRTH | SEX [ ]M [ ]F | OWNER'S NAME FIRST MIDDLE LAST |
|---|---|---|---|
| | / / | | Go America Auto Insurance |
| CO-OWNER'S & DRIVER'S LICENSE NO. | DATE OF BIRTH | SEX [ ]M [ ]F | 510-19000145 W |

COUNTY: COOK

COUNTY CODE: 016    OFFICE USE ONLY

RESIDENCE/BUSINESS ADDRESS: 110 E. Palatine Rd.

CITY: Wheeling    IL    ZIP CODE: 60090-0000

**VEHICLE INFORMATION**

CURRENT ODOMETER READING AND TENTHS: INOPERABLE    OVER 99,999 MI [ ]YES

VEHICLE IDENTIFICATION NUMBER: 1G3GR62C8S4131039

ODOMETER READING STATED IS (CHECK ONE BOX):
- [ ] ACTUAL MILEAGE
- [x] NOT ACTUAL MILEAGE
- [ ] IN EXCESS OF MECHANICAL LIMITS

| YEAR OF VEHICLE | MAKE OF VEHICLE | MODEL | BODY TYPE |
|---|---|---|---|
| 1995 | OLDSMOBILE | AURORA | SEDAN 4 D |

PURCHASE DATE: 01/01/01    MONTH DAY YEAR    NEW [ ]    USED [x]

- REBUILT VEHICLE [ ]
- MOTORCYCLE [ ] FLOOD [ ] REBUILT [ ] NO CC
- VEHICLE COLOR: UPPER / LOWER
- RENTAL VEHICLE [ ]YES [ ]NO

SURRENDER TITLE NUMBER AND STATE OF ISSUANCE: T8288238005    STATE IL

MOBILE HOME SQUARE FOOTAGE    FOR HIRE [ ]YES [ ]NO

**MAIL TO**
TITLE MAILING INSTRUCTIONS
NAME
STREET
CITY    STATE    ZIP

**LIEN INFORMATION**
FIRST LIENHOLDER NAME AND ADDRESS
NAME
STREET
CITY    STATE    ZIP

SECOND LIENHOLDER NAME AND ADDRESS
NAME
STREET
CITY    STATE    ZIP

**SELLER INFORMATION**
FROM WHOM DID YOU BUY?
NAME
STREET

IF PURCHASED FROM A DEALER, DEALER MUST SIGN AND GIVE DEALER NUMBER
DEALER NUMBER

**CORRECTED OR DUPLICATE**
REASON FOR REQUIRED CORRECTED OR DUPLICATE TITLE MUST BE GIVEN OR APPLICATION WILL BE RETURNED
MOST RECENT PLATE NUMBER    EXPIRATION

SIGN HERE    X
X

DAYTIME TELEPHONE NUMBER

YOUR SIGNATURE ON THE APPLICATION AUTHORIZES THE SECRETARY OF STATE TO LOWER THE AMOUNT OF YOUR CHECK IF FEE SUBMITTED IS GREATER THAN THE REQUIRED FEE FOR ANY/ALL TRANSACTIONS

| FOR OFFICE USE ONLY | | TAX FEE NUMBER |
|---|---|---|
| CITY [ ] | CO [ ] | 4.00 |

TITLE ADMIN OFFICE

EXHIBIT
A

T1120930006

ITLS

# SALVAGE CERTIFICATE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1G3GR62C854131039 | 95 | OLDSMOBILE | AURORA | 4 DOOR | T1120930008 |

| DATE ISSUED | ODOMETER | CCM | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 05/14/01 | 0 | | USED | 01/01/01 |

MOBILE HOME SQ. FT.

TYPE OF TITLE
ORIGINAL

MAILING ADDRESS

GO AMERICA INS S10-19000145W
110 E PALATINE RD
WHEELING IL 60090

95 OLDS AURORA GOLD

05818661 S Sale Document

LEGEND(S)

INOPERABLE ODOMETER

GO AMERICA INS S10-19000145W
110 E PALATINE RD
WHEELING IL 60090

I, JESSE WHITE, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my office, the person or entity named hereof has been duly recorded as the lawful owner of the salvage vehicle described above.

IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND
THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

E00783273
CONTROL NO.

JESSE WHITE, Secretary of State

EXHIBIT
B

*Illinois and State law requires that you enter the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

A Salvage Certificate can only be assigned to licensed rebuilder, automotive parts recycler, or scrap processor. Re-assignment of a Salvage Certificate to one other licensee is permitted.

## ASSIGNMENT OF CERTIFICATE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

Bionic Auto Parts 4655 w North Avenue Chicago, Il 6063

*I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:*

☐ 1. The mileage stated is in excess of its mechanical limits.
☑ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY**

[ NO TENTHS ]
ODOMETER READING

Printed Name of Selling Company (if applicable) __GoAmerica Insurance__

Signature of Seller __H. Risley Agent__

Printed Name of Seller __H. Risley Agent__          Date of Sale __9-14-01__

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee __Kim Flahive Agent__
*I am aware of the above odometer certification made by seller.*

Signature of Purchasing Licensee __K__

## RE-ASSIGNMENT BY LICENSEE

The undersigned hereby certifies that the vehicle described in this certificate has been transferred to the following printed licensee name and address.

*I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:*

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING-ODOMETER DISCREPANCY**

[ NO TENTHS ]
ODOMETER READING

Printed Name of Selling Licensee _____

Signature of Agent _____

Printed Name of Agent _____          Date of Sale _____

Purchasing rebuilder, automotive parts recycler, or scrap processor license # _____

Printed Name of Purchasing Licensee _____
*I am aware of the above odometer certification made by seller.*

Signature of Purchasing Licensee _____

11304132027

NO ADDITIONAL RE-ASSIGNMENT PERMITTED

**EXHIBIT**
exhibit
**C**

KE-13

**APPLICATION FOR VEHICLE TITLE**

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

READ INSTRUCTIONS ON REVERSE SIDE CAREFULLY
PLEASE TYPE OR PRINT CLEARLY

**CHECK ONLY ONE BOX**
- ☐ TITLE ONLY
- ☐ CORRECTED TITLE
- ☐ DUPLICATE TITLE
- ☐ SALVAGE CERTIFICATE SPECIFY
- ☒ JUNKING CERTIFICATE

**OWNER INFORMATION**

| 2. OWNER'S IL DRIVERS LICENSE NO. | 3. DATE OF BIRTH / / | SEX ☐ M ☐ F | 5. OWNER'S NAME FIRST MIDDLE LAST |
| --- | --- | --- | --- |

*I 3042*

CO-OWNER'S IL DRIVERS LICENSE NO. | DATE OF BIRTH / / | SEX ☐ M ☐ F

*Bionic Auto Parts + Sales Inc*

6. COUNTY

7. RESIDENCE/BUSINESS ADDRESS

*4655 W. North Ave*

COUNTY CODE | OFFICE USE ONLY

CITY *Chicago*  IL  ZIP CODE *60639*

**VEHICLE INFORMATION**

8. CURRENT ODOMETER READING AND TENTHS   OVER 16,000 LBS   ☐ YES

9. VEHICLE IDENTIFICATION NUMBER

*1G-3GR62C8S4131039*

ODOMETER READING STATED IS (CHECK ONE BOX)
☐ ACTUAL MILEAGE  ☐ NOT ACTUAL MILEAGE  ☐ IN EXCESS OF MECHANICAL LIMITS

10. YEAR *95* | 11. MAKE OF VEHICLE *Oldsmobile* | 12. MODEL *Aurora* | *4door*

15. PURCHASE DATE
*01/18/01*
MONTH DAY YEAR   NEW ☐  USED ☒

16. MOTORCYCLE NO CC ☐
17. VEHICLE COLOR UPPER ☐ LOWER ☐
18. RENTAL VEHICLE ☐ YES
19. LEASED VEHICLE ☐ YES
☐ FLOOD  ☐ REBUILT

19. SURRENDER TITLE NUMBER AND STATE OF ISSUANCE
*T 1120930006*   STATE *IL*

20. MOBILE HOME SQUARE FOOTAGE
21. FOR HIRE ☐ YES ☐ NO

**MAIL TO**
22. TITLE MAILING INSTRUCTIONS
NAME
STREET
CITY   STATE   ZIP

**LIEN INFORMATION**
23. FIRST LIENHOLDER NAME AND ADDRESS
NAME
STREET
CITY   STATE   ZIP

24. SECOND LIENHOLDER NAME AND ADDRESS
NAME
STREET
CITY   STATE   ZIP

**SELLER INFORMATION**
25. FROM WHOM DID YOU BUY
NAME
STREET   CITY   STATE   ZIP

26. IF PURCHASED FROM A DEALER, DEALER MUST SIGN AND GIVE DEALER NUMBER   DEALER NUMBER

**CORRECTED OR DUPLICATE**
27. REASON FOR REQUIRING CORRECTED OR DUPLICATE TITLE MUST BE GIVEN OR APPLICATION WILL BE RETURNED

28. MOST RECENT PLATE NUMBER   EXPIRATION MO/YR

29. SIGN HERE
*Jennifer Jarvis - agent*

30. (Optional) DAYTIME TELEPHONE NUMBER

31.

AUDITOR'S USE ONLY   TAX I.D. NUMBER

*T304132027*

DEALER AGENCY / DRIVERS FACILITY STAMP NAME HERE ONLY

EXHIBIT D