IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.    08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that on May 6, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin Aspen, or whomever may be sitting in his stead in the courtroom usually occupied by him in Room 2568 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendants Richard A. Devine, Merle Shearer, and Cook County's Motion to Stay Discovery**,** a copy of which is hereby served upon you.

                                                RICHARD A. DEVINE
                                                State's Attorney of Cook County


                            By:    __s/ Stephen L. Garcia_____
                                     Stephen L. Garcia
                                     Assistant State's Attorney
                                     Special Projects and Assignments
                                     500 Richard J. Daley Center
                                     Chicago, Illinois  60602
                                     312.603.5475
                                     ARDC # 06195546

**CERTIFICATE OF SERVICE**

I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Motion, together with Defendants Richard A. Devine, Merle Shearer, and Cook County's Motion to Stay Discovery, to be served on the individuals listed below by CM/ECF electronic filing on May 1, 2008.

Juliet Boyd
Scott W. Kummer, Esq.
BOYD & KUMMER, LLC
20 South Clark Street, Ste. 500
Chicago, IL  60603
*Attorneys for Plaintiff*

Scott Jebson
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, IL  60602
*Attorney for Defendants Baltazar,*
*O'Connor and Doerge*

Rita C. Moran
Deja C. Nave
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, IL  60602
*Attorneys for Defendant*
*City of Chicago*

                          _s/ Stephen L. Garcia_____