IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH GORDON, | ) | |
| Plaintiff, | ) | |
| | ) | NO.   08 C 377 |
| vs. | ) | |
| | ) | JUDGE ASPEN |
| | ) | |
| | ) | |
| RICHARD DEVINE, ET AL.,. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR'S
MOTION FOR LEAVE OF COURT TO FILE ITS MOTION TO DISMISS VARIOUS
COUNTS OF PLAINTIFF'S COMPLAINT AT LAW, INSTANTER**

Defendants Roberto Baltazar, Mark O'Connor and Andrew Doerge (Chicago police officers), by one of their attorneys, Scott Jebson, Chief Assistant Corporation Counsel for the City of Chicago, respectfully move for leave of Court to file its motion to dismiss various counts of plaintiff's complaint, instanter, and in support thereof, the defendants state:

1. Plaintiff filed a civil action on or about January 16, 2008, against numerous defendants.  Plaintiff's complaint contains eleven (11) counts.

2. The above defendants were due to answer or otherwise plead to plaintiff's complaint by April 28, 2008.  The undersigned apologizes to the Court for not being able to file defendants' responsive pleading by that date, but respectfully requests leave to file its motion to dismiss, instanter, which is attached to this motion.

WHEREFORE, defendants respectfully requests leave of court to file its motion to

dismiss various counts of plaintiff's complaint, instanter.

                                        Respectfully submitted,

                                        /s/ Scott Jebson
                                        SCOTT JEBSON
                                        Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
312/744-6959
Atty. No. 6225243