IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, )<br>          Plaintiff, )<br>           )<br>vs. )<br>           )<br>RICHARD DEVINE, ET AL.,. )<br>           )<br>          Defendants. ) | NO.  08 C 377<br><br>JUDGE ASPEN |

**NOTICE OF MOTION**

To:  Juliet E. Boyd/Christopher J. Stasko       Rita Moran/Deja Nave
      Scott W Kummer                                      Corporation Counsel's Office, 10th Fl
      Stasko & Boyd, LLC                                  Chicago, IL 60602
      20 South Clark
      Suite 500
      Chicago, IL 60603

     **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court via e-filing **MOTION OF DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR FOR LEAVE OF COURT TO FILE ITS MOTION TO DISMISS VARIOUS COUNTS OF PLAINTIFF'S COMPLAINT, INSTANTER**, a copy of which is attached hereto and herewith served upon you.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen or before such other Judge sitting in his stead, on the 8th day of May, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

     **DATED** at Chicago, Illinois this 2nd  day of May, 2008.

                                                      Respectfully submitted,

                    By:       /s/ Scott Jebson
                                 SCOTT JEBSON
                                 Chief Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6959
Atty. No. 6225243

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **MOTION OF DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on May 2, 2008, in accordance with the rules on electronic filing of documents.

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel