## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Kenneth Gordon

                              Plaintiff,

v.                                                    Case No.: 1:08–cv–00377
                                                      Honorable Marvin E. Aspen

Richard Devine, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/6/08:Defendant Richard A. Devine, Merle Shearer, and Cook County's Motion for leave to file instanter [29] their motion to dismiss plaintiff's complaint, and for leave to file a memorandum in support of their motion to dismiss in excess of 15 pages is granted. Motion terminated. Plaintiffs are to respond to defendants' motion to dismiss on or before 5/20/08. Defendants to reply by 5/30/08. The status hearing set for 6/10/08 is reset to 7/3/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.