**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth Gordon
                       Plaintiff,

v.                                                     Case No.: 1:08−cv−00377
                                                          Honorable Marvin E. Aspen

Richard Devine, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/6/08:Defendants Doerge, Baltazar and O'Connor's motion for leave to Court to file its motion to dismiss various counts of plaintiff's complaint at law, instanter, is granted. Motion terminated. Plaintiffs are to respond to defendant Doerge, Baltazar and O'Connor's Motion to dismiss on or before 5/20/2008. Defendants are to reply by 5/30/2008. The motion hearing set for 5/8/08 is stricken. The status hearing set for 6/10/08 is reset to 7/3/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.