IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, | ) |
|        Plaintiff, | ) |
| | ) NO.  08 C 377 |
| vs. | ) |
| | ) JUDGE ASPEN |
| RICHARD DEVINE, ET AL.,. | ) |
| | ) |
|        Defendants. | ) |

### NOTICE OF FILING

TO:  Juliet E. Boyd/Christopher J. Stasko    Rita Moran/Deja Nave
      Scott W Kummer    Corporation Counsel's Office, 10th Fl
      Stasko & Boyd, LLC    Chicago, IL 60602
      20 South Clark, Suite 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR'S MOTION TO DISMISS VARIOUS COUNTS OF PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith electronically served upon you.

**DATED** at Chicago, Illinois this 6th day of May, 2008.

                                        Respectfully submitted,

                                        /s/ Scott Jebson
                                        SCOTT JEBSON
                                        Chief Assistant Corporation Counsel

30 N. LaSalle St.
Suite 1400
Chicago, Illinois 60602
(312) 744-6959
Atty. No. 6225243

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING** and **DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR'S MOTION TO DISMISS VARIOUS COUNTS OF PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on May 6, 2008, in accordance with the rules on electronic filing of documents.

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel