IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT RICHARD A. DEVINE, MERLE SHEARER, AND COOK COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)

Defendants Richard A. Devine, Cook County State's Attorney, Assistant State's Attorney Merle Shearer, and Cook County, by and through their attorneys, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis Hegeman and Stephen L. Garcia, Assistant State's Attorneys, hereby move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), stating as follows:

1.   Kenneth Gordon ("Plaintiff") has brought this suit against several Chicago police officers and the City of Chicago, as well as State's Attorney Richard A. Devine ("SA Devine"), Assistant State's Attorney Merle Shearer ("ASA Shearer") and the County of Cook ("the County") (collectively the "SAO Defendants"), arising out of his arrest and prosecution for possession of a stolen motor vehicle.

2.   Plaintiff purports to set forth claims against the SAO defendants under 42 U.S.C. §1983 for alleged violations of his due process rights (Count I), conspiracy (Count II), and failure to intervene (Count III), as well as state law claims for malicious prosecution (Count IV), conspiracy (Count V), intentional infliction of emotional distress (Count VI), willful and wanton negligent conduct (Count IX), and respondent superior (Count XI). Plaintiff's claims against the SAO defendants should be dismissed in their entirety with prejudice for several reasons.

3. First, Plaintiff's claims against State's Attorney Devine and ASA Shearer are barred by absolute prosecutorial immunity, pursuant to *Imbler v. Pachtman*, 424 U.S. 409, 431 (1976), and *White v. City of Chicago*, 369 Ill. App. 3d 765 (1st Dist. 2006), because all of the conduct alleged of ASA Shearer occurred in the course of his role as an assistant state's attorney, as the trial assistant in Plaintiff's underlying criminal trial.

4. Second, this Court lacks subject matter jurisdiction over Plaintiff's state law claims against State's Attorney Devine and ASA Weber, pursuant to the doctrine of sovereign immunity and the Illinois Court of Claims Act, which makes the Illinois Court of Claims the exclusive forum for damage suits against state officials. *See Omosegbon v. Wells*, 335 F.3d 668 (7th Cir. 2003); *Price v. State of Illinois*, 354 Ill. App. 3d 90 (1st Dist. 2004).

5. Third, Plaintiff fails to state any claim against State's Attorney Devine, in that he had no personal involvement in the alleged violations of Plaintiff's rights.

6. Fourth, Plaintiff fails to state a claim against the SAO defendants for failure to intervene.

7. Fifth, Plaintiff fails to state a claim against Cook County, based on the alleged conduct of State's Attorney Devine and Assistant State's Attorney Shearer, in that State's Attorneys and Assistant State's Attorneys are not Cook County employees and Cook County may not be held liable for any of their alleged conduct, or the customs and practices of the State's Attorney's Office.

8. The SAO Defendants submit their memorandum in support of their motion to dismiss together herewith.

WHEREFORE, for the above and foregoing reasons, defendants State's Attorney Richard A. Devine, Assistant State's Attorney Merle Shearer and the County of Cook, pray that this Court dismiss Plaintiff's Complaint against them pursuant to FRCP 12(b)(1) and 12(b)(6), with prejudice.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    /s/ Stephen L. Garcia_____
        ARDC #06195546

        Patrick T. Driscoll, Jr.
        Deputy States Attorney
        Chief, Civil Actions Bureau

        Louis R. Hegeman
        Supervisor, Special Projects and Assignments

        Stephen L. Garcia
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5475