DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    See attached service list.

PLEASE TAKE NOTICE that on May 6, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant Richard A. Devine, Merle Shearer, and Cook County's Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(1) and 12(b)(6); and Defendant Richard A. Devine, Merle Shearer, and Cook County's Memorandum of Law in Support of Their Motion to Dismiss, copies of which are hereby served upon you.


RICHARD A. DEVINE
State's Attorney of Cook County


By:    _s/ Stephen L. Garcia_____
Stephen L. Garcia
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
312.603.5475

**SERVICE LIST**

Juliet Boyd
Scott W. Kummer, Esq.
BOYD & KUMMER, LLC
20 South Clark Street, Ste. 500
Chicago, IL 60603
*Attorneys for Plaintiff*

Scott Jebson
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, IL 60602
*Attorney for Defendants Baltazar,*
*O'Connor and Doerge*

Rita C. Moran
Deja C. Nave
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, IL 60602
*Attorneys for Defendant*
*City of Chicago*


Re:     *Kenneth Gordon v. Richard Devine, et al.*, 08 C 377

## CERTIFICATE OF SERVICE

I, STEPHEN L. GARCIA, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Filing, together with the documents identified therein, to be served on the person(s) listed therein by CM/ECF electronic filing on May 6, 2008.

                                           __s/Stephen L. Garcia_____