# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>    Defendants. | No.    08 C 377 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Kenneth Gordon, by and through his attorneys, Scott W. Kummer, and Juliet E. Boyd, by way of motion for an extension of time to respond to the motions to dismiss filed by the defendants Cook County, Richard Devine, Merle Schearer and Officers Doerge, Baltazar and O'Connor in the above-captioned matter, respectfully states as follows:

    1.    On January 16, 2007, Plaintiff Kenneth Gordon filed his Complaint at law in the above-captioned matter.

2.     After the filing of Plaintiff's Complaint each of the Defendants requested an additional sixty (60) days to answer or otherwise plead to Plaintiff's Complaint. Plaintiff posed no objection to said requests.

3.     While waiting for the responsive pleadings by the defendants, this Court granted Plaintiff leave to serve requests to admit to the defendants regarding critical issues in the case on April 23, 2008. These requests to admit were aimed at obtaining admission that would be central to, *inter alia*, any dispositive motions filed by the defendants.

4.     The defendants (with the exception of the City of Chicago) each filed dispositive motions to dismiss certain counts of Plaintiff's Complaint. Each motion is supported by a memorandum that is at least fifteen (15) pages long and cites to numerous reported and unreported cases from several different jurisdictions. In total, the two motions cite to in excess of one hundred and fifty (150) cases.

5.     Moreover, defendants Cook County, Mearle Scherer and Richard Devine ("County Defendants") have filed a motion to stay discovery and excuse them from responding to the requests to admit.

6.     This Court has set briefing schedules on the various motions, requiring that the Plaintiff respond to the County Defendants motion to stay by May 16, 2008, and each of the motions to dismiss by May 20, 2008.

7.     Accordingly, Plaintiff has the insurmountable burden of reviewing and analyzing over one hundred and fifty cases and preparing responses to the defendants two (2) fifteen (15) page motions and supporting memoranda in less than two (2) weeks, in

2

addition to Plaintiff's counsels already heavy caseload.[1]  During that same time period Plaintiff will be required to review, analyze and respond to the County's stay motion.

8. Moreover, based on the current briefing schedule, the Plaintiff will not have the benefit of the responses to the requests to admit of any of the Defendants for the purpose of responding to the motions to dismiss.

9. As such, Plaintiff respectfully requests this Court to grant it an extension of time to respond to the defendant's motions to dismiss until such time as the stay motion has been adjudicated.

10. In the alternative, the Plaintiff requests an additional thirty (30) days, up to and including June 19, 2008, to respond to the defendants motions to dismiss.

11. No party will be prejudiced by granting the requested relief insofar as this matter has only recently been filed.

12. Moreover, this motion has not been brought for purposes of delay.  The instant case involves complicated legal and factual issues.  Plaintiff recognized this fact when it posed no objection to the defendants' requests for a sixty (60) day period within which to answer or otherwise plead to the Complaint.

WHEREFORE, Plaintiff, Kenneth Gordon, respectfully requests this Court to grant him an extension of time within which to respond to the defendant's motions to dismiss in the form of either:

A. A stay of the briefing schedule with respect to the defendants' motions to dismiss pending this Court's adjudication of the County Defendant's stay motion; or

---

[1] Plaintiff may also determine that certain of the complained of defects may be cured by amending its Complaint, and seek leave to do so.

    B.    An additional thirty days, up to and including June 19, 2008, to respond to the defendants Cook County, Mearle Schearer, Richard Devine, and Officers Doerge, Baltazar and O'Connor's motion to dismiss; and

    C.    For any other relief this Court deems just.

/s/ Scott W. Kummer

One of Plaintiff's Attorneys
Juliet Boyd
Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348