IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO, | No.    08 C 377 |

## NOTICE OF MOTION

On <u>May 13, 2008</u> at <u>10:30 a.m.</u>, or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Mervin E. Aspen, Courtroom 2568, or any Judge sitting in his/her stead, at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present **Plaintiff's Motion For Extension Of Time To Respond To Motions To Dismiss.**

> s/ Scott Kummer
> Boyd & Kummer, LLC
> 20 S. Clark, Suite 500
> Chicago, IL 60603
> Tel:  312-363-6100
> Fax: 312-372-7076
> Scott@boydkummer.com
> ARDC# 6273348

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>May 8, 2008</u>, a copy of **Plaintiff's Motion For Extension Of Time To Respond To Motions To Dismiss** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                Respectfully submitted,

                s/ Scott Kummer
                Boyd & Kummer, LLC
                20 S. Clark, Suite 500
                Chicago, IL 60603
                Tel:   312-363-6100
                Fax:  312-372-7076
                Scott@boydkummer.com
                ARDC# 6273348

**Notice will be electronically mailed to:**

Rita C. Moran
Scott Jebson
Stephen L. Garcia
Deja C. Nave