IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON,<br>       Plaintiff,<br><br>vs.<br><br>RICHARD DEVINE, ET AL.,.<br>       Defendants. | NO.  08 C 377<br><br>JUDGE ASPEN<br><br>Magistrate Judge Denlow |

### DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully asks this Honorable Court, pursuant to Federal Rule of Civil Procedure 15(a), leave to file an amended answer to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. Plaintiff's complaint was filed on January 16, 2008, in the United States District Court, Northern District of Illinois.  On March 6, 2008, this Court granted Defendant City's motion to extend time to answer or otherwise plead to the complaint up until April 29, 2008.

2. On April 28, 2008, ACC Deja Nave filed Defendant City's Answer, Defenses and Jury Demand to Plaintiff's Complaint.

3. Upon further review of Defendant City's Answer, Defendant City realizes certain affirmative defenses were not plead and asks leave of this court to add those additional affirmative defenses.  Defendant City's proposed Amended Answer is attached hereto as Exhibit A.

4.	This motion is Defendant's first request for leave to amend its Answer to Plaintiff's complaint and will not unduly delay the resolution of the disputed issues, nor will it prejudice Plaintiff.

**WHEREFORE**, Defendant City respectfully asks for leave of this court to file its Amended Answer, Defenses, and Jury Demand.

>	Respectfully Submitted,
>
>	MARA S. GEORGES
>	CORPORATION COUNSEL
>
> BY:	**/s/ Rita Moran**
>	RITA MORAN
>	Assistant Corporation Counsel
>	Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-4939
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I, Rita Moran, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 9th day of May, 2008.

                                            /s/ Rita Moran
                                            RITA MORAN