IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 0377 |
| RICHARD DEVINE, Cook County State's Attorney, MERLE SHEARER, Assistant Cook County State's Attorney, UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office, COUNTY OF COOK CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star #10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO; | ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE ASPEN<br><br>Magistrate Judge Denlow<br><br><br>JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other Judge sitting in his place or stead, on the 13th day of May, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 9th day of May, 2008.

                                                  MARA S. GEORGES
                                                  CORPORATION COUNSEL
                                                  CITY OF CHICAGO

                                BY:   /s/ Rita Moran
                                                  RITA MORAN
                                                  Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301