# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Kenneth Gordon

                Plaintiff,

v.                                   Case No.: 1:08−cv−00377

                                       Honorable Marvin E. Aspen

Richard Devine, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/12/08:Plaintiff's motion for extension of time (43) to respond to motion to dismiss and defendants' motion for leave to file [45] amended answer noticed for hearing for 5/13/08 is reset to 5/20/08 at 10:30 a.m. The motion hearing set for 5/13/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.