**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth Gordon
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00377
                                                Honorable Marvin E. Aspen
Richard Devine, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable Marvin E. Aspen:Plaintiffs' Motion for extension of time (38) to respond to defendants' motions to dismiss Complaint [38], up to and including 6/19/08 is granted. Motion terminated. Defendants are to reply to plaintiffs response to defendants' motions to dismiss by 7/9/08. Defendant City of Chicago's motion for leave to file amended answer (45) is granted. Motion terminated. The motion hearing set for 5/20/08 is stricken. The status hearing set for 7/3/08 is reset to 8/21/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.