IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 377 |
| | ) | |
| v. | ) | |
| | ) | Judge Aspen |
| RICHARD DEVINE, et al., | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     All attorneys of record

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Motion for Leave to Withdraw Counsel, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Aspen or before such other Judge or Magistrate Judge sitting his stead, on the 20th day of May, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 15th day of May 2008.

                                                                        Respectfully submitted,

                                                                         s/ Déja C. Nave
                                                                         DÉJA C. NAVE
                                                                          Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951