UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kenneth Gordon
                Plaintiff,

v.                               Case No.: 1:08−cv−00377
                                  Honorable Marvin E. Aspen

Richard Devine, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 5/16/08:Defendant City of Chicago's Motion to withdraw the appearance of Deja C. Nave as attorney [49] is granted. Motion terminated. Attorney Rita C. Moran for The City of Chicago added. Attorney Deja C. Nave terminated. The motion hearing set for 5/20/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.