IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>    Defendants. | No.   08 C 377 |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 16, 2008, **Plaintiff's Response to Defendant's Motion to Stay Discovery** was filed electronically with the Northern District of Illinois Eastern Division.

    Respectfully submitted,

    /s/ Scott W. Kummer

    Scott W. Kummer
    Juliet Boyd
    Boyd & Kummer, LLC
    20 S. Clark, Suite 500
    Chicago, IL 60603
    Tel: 312-363-6100
    Fax: 312-372-7076
    ARDC# 6255657
    ARDC# 6273348

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a copy of **Plaintiff's Response to Defendant's Motion to Stay Discovery** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Scott W. Kummer

Scott W. Kummer
Juliet Boyd
Boyd & Kummer, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-363-6100
Fax: 312-372-7076
ARDC# 6255657
ARDC# 6273348

**Notice will be electronically mailed to:**

Stephen L. Garcia
Scott J. Jebson
Rita C. Moran
Deja C. Nave