IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>　　Plaintiff,<br><br>　　v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>　　Defendants. | No.　　08 C  377 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

　　Plaintiff, Kenneth Gordon, by and through his attorneys, Scott W. Kummer and Juliet E. Boyd, pursuant to Federal Rules of Civil Procedure 15 requests leave to file his Amended Complaint in the above-captioned matter, *instanter*. In support of this motion Plaintiff states as follows:

　　1.　　On January 16, 2008, Plaintiff filed his Complaint in connection with the above-captioned matter for violation of his civil rights as well as other state law claims arising out of his wrongful conviction for possession of a stolen vehicle. On June 14,

2008, the indictment against Ken was dismissed and his conviction and sentence were vacated.

2. Since the filing of Plaintiff's Complaint various city and county defendants have filed motions to dismiss the Complaint. Defendant City of Chicago has filed an answer to the Complaint.

3. Plaintiff's Complaint asserts causes of action against "Unknown Assistant State's Attorneys."

4. In the course of the investigation of this matter the Plaintiff has determined the identity of certain of the "Unknown Assistant States' Attorneys," and requests leave to amend his Complaint to add them as party defendants. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

5. Moreover, Plaintiff's Amended Complaint cures certain deficiencies complained of by the defendants in their motions to dismiss.

6. This is Plaintiff's first motion to amend his Complaint. This motion has not been brought for the purpose of delay

WHEREFORE, Plaintiff, Kenneth Gordon respectfully requests that this Court grant him leave to file his Amended Complaint, *instanter,* and for any other relief this Court deems just.

/s/ Scott W. Kummer_____
One of Plaintiff's Attorneys

Scott W. Kummer
Juliet E. Boyd
BOYD & KUMMER, LLC
20 S. Clark St., Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076(Fax)
ARDC No. 6255657
ARDC No. 6273348