IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>    Defendants. | No.    08 C 377 |

## NOTICE OF MOTION

On <u>June 10</u> at <u>10:30 a.m.</u>, or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Aspen, Courtroom 2525, or any Judge sitting in his/her stead, at the Dirksen Building, 219 S Dearborn, Chicago, Illinois and shall then and there present **Plaintiff's Motion for Leave to File Amended Complaint**.

                                                Respectfully submitted,

                                                /s/ Scott W. Kummer
                                                /s/ Juliet Boyd
                                                Boyd & Kummer, LLC
                                                20 S. Clark, Suite 500
                                                Chicago, IL 60603
                                                Tel: 312-363-6100
                                                Fax: 312-372-7076
                                                ARDC# 6255657
                                                ARDC# 6273348

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of **Plaintiff's Motion for Leave to File Amended Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                    Respectfully submitted,

                    /s/ Scott W. Kummer
                    /s/ Juliet Boyd
                    Boyd & Kummer, LLC
                    20 S. Clark, Suite 500
                    Chicago, IL 60603
                    Tel: 312-363-6100
                    Fax: 312-372-7076
                    ARDC# 6255657
                    ARDC# 6273348

**Notice will be electronically mailed to:**

Stephen L. Garcia
Scott J. Jebson
Rita C. Moran
Deja C. Nave