**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kenneth Gordon
                    Plaintiff,

v.                                            Case No.: 1:08−cv−00377
                                               Honorable Marvin E. Aspen

Richard Devine, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/10/08:Status hearing held on 6/10/08. Plaintiffs' motion (55) for leave to file amended complaint is granted. Motion terminated. Defendants' Motion to stay [31] discovery is granted. Motion terminated. All discovery is stayed pending ruling on the motions to dismiss. Defendants previously filed Motions to dismiss [38 & 40)are terminated. Defendants are to file concurrent motions to dismiss, with supporting memorandum, plaintiffs' amended complaint on or before 7/1/08. Plaintiffs are to respond to defendants' motions to dismiss on or before 7/23/08. Defendants are to reply by 8/1/08. Ruling is set for 9/25/08 at 10:30 a.m.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.