# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD DEVINE, Cook County State's ) | |
| Attorney; MERLE SHEARER, Assistant ) | |
| Cook County State's Attorney; MARK ) | |
| ERTLER, Assistant Cook County State's ) | No. 08 C 377 |
| Attorney; RIVANDA DOSS, Assistant Cook ) | JURY DEMANDED |
| County State's Attorney; ANDREW ) | |
| DALKIN, Assistant Cook County State's ) | |
| Attorney; CELESTE STACK, Assistant ) | |
| Cook County State's Attorney; UNKNOWN ) | |
| ASSISTANT STATE'S ATTORNEYS of ) | |
| the Cook County State's Attorneys Office; ) | |
| COUNTY OF COOK; CHICAGO POLICE ) | |
| OFFICER DOERGE (Star #16110); ) | |
| CHICAGO POLICE OFFICER R. ) | |
| BALTAZAR (Star # 10905); CHICAGO ) | |
| POLICE SERGEANT MARK O'CONNOR ) | |
| (Star #2384); UNKNOWN OFFICERS OF ) | |
| THE CHICAGO POLICE DEPARTMENT; ) | |
| and THE CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 10, 2008, Plaintiff's **Amended Complaint** was filed electronically with the Northern District of Illinois Eastern Division.

Respectfully submitted,

/s/ Scott W. Kummer

Scott W. Kummer
Juliet Boyd
Boyd & Kummer, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-363-6100
Fax: 312-372-7076
ARDC# 6255657
ARDC# 6273348

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a copy of Plaintiff's **Amended Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Scott W. Kummer

Scott W. Kummer
Juliet Boyd
Boyd & Kummer, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-363-6100
Fax: 312-372-7076
ARDC# 6255657
ARDC# 6273348

**Notice will be electronically mailed to:**

Stephen L. Garcia
Scott J. Jebson
Rita C. Moran
Deja C. Nave