IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, ) | |
| ) | **No. 08 C 0377** |
| Plaintiff, ) | |
| ) | JUDGE ASPEN |
| v. ) | |
| ) | Magistrate Judge Denlow |
| RICHARD DEVINE, Cook County State's ) | |
| Attorney; MERLE SHEARER, Assistant Cook ) | |
| County State's Attorney; MARK ERTLER, ) | |
| Assistant Cook County State's Attorney; ) | |
| RIVANDA DOSS, Assistant Cook County State's ) | |
| Attorney; ANDREW DALKIN, Assistant Cook ) | |
| County State's Attorney; CELESTE STACK, ) | |
| Assistant Cook County State's Attorney; ) | |
| UNKNOWN ASSISTANT STATE'S ) | |
| ATTORNEYS of the Cook County State's ) | JURY DEMAND |
| Attorneys Office; COUNTY OF COOK; ) | |
| CHICAGO POLICE OFFICER DOERGE ) | |
| (Star #16110) CHICAGO POLICE OFFICER ) | |
| R. BALTAZAR (Star #10905); CHICAGO ) | |
| POLICE SERGEANT MARK O'CONNOR ) | |
| (Star #2384); UNKNOWN OFFICERS OF THE ) | |
| CHICAGO POLICE DEPARTMENT; and THE ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant(s). ) | |

### NOTICE OF FILING

To:   All parties of record

    PLEASE TAKE NOTICE that on July 1, 2008 the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's Amended Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon all parties electronically pursuant to the rules of the CM/ECF system

        Respectfully submitted,

        MARA S. GEORGES,
        CORPORATION COUNSEL
        CITY OF CHICAGO

By:   /s/ Rita Moran
        RITA MORAN
        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-4939 Office
(312) 744-3989 Fax *New*