**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 377 |
| Kenneth Gordon, Plaintiff, v. | |
| Richard Devine, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Assistant State's Attorney Mark Ertler, Assistant State's Attorney Rivanda Doss, Assistant State's Attorney Andrew Dalkin, and Assistant State's Attorney Celeste Stack

---

NAME (Type or print)
Stephen L. Garcia

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Stephen L. Garcia

FIRM  Office of the Cook County State's Attorney

STREET ADDRESS  500 Richard J. Daley Center

CITY/STATE/ZIP  Chicago, IL  60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER (312) 603-5475
06195546

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐  NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

Case 1:08-cv-00377     Document 62     Filed 07/01/2008     Page 2 of 2