IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS RICHARD A. DEVINE, MERLE SHEARER, MARK ERTLER, RIVANDA DOSS, ANDREW DALKIN, CELESTE STACK, AND COOK COUNTY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1) AND 12(b)(6)**

Defendants Richard A. Devine, Cook County State's Attorney, Assistant State's Attorneys Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack, and Cook County, by and through their attorneys, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis Hegeman and Stephen L. Garcia, Assistant State's Attorneys, hereby move to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), stating as follows:

1.      Kenneth Gordon ("Plaintiff") has filed an Amended Complaint (hereinafter "Complaint"), consisting of 190 paragraphs in 15 Counts, against several Chicago police officers and the City of Chicago, as well as State's Attorney Richard A. Devine ("SA Devine"), Assistant State's Attorney Merle Shearer ("ASA Shearer"), Assistant State's Attorney Mark Ertler ("ASA Ertler"), Assistant State's Attorney Rivanda Doss ("ASA Doss"), Assistant State's Attorney Andrew Dalkin ("ASA Dalkin"), Assistant State's Attorney Celeste Stack ("ASA Stack"), and the County of Cook ("the County") (collectively the "SAO Defendants"), arising out of his arrest, prosecution and conviction for possession of a stolen motor vehicle.

2.      Plaintiff purports to set forth claims against the SAO defendants under 42 U.S.C. §1983 for alleged violations of his due process rights (Counts II and III), conspiracy (Count IV), failure to intervene (Count VI), and a *Monell* claim against Cook County, as well as state law

claims for malicious prosecution (Count VII), conspiracy (Count VIII), intentional infliction of emotional distress (Count X), willful and wanton negligent conduct (Count XIII), and *respondeat superior* (Count XV), together with an indemnification claim against Cook County. Plaintiff's claims against the SAO defendants and Cook County should be dismissed in their entirety with prejudice for several reasons.

3. First, Plaintiff's claims against ASAs Shearer, Ertler, Doss, Dalkin, and Stack are barred by absolute prosecutorial immunity, pursuant to *Imbler v. Pachtman*, 424 U.S. 409, 431 (1976), and *White v. City of Chicago*, 369 Ill. App. 3d 765 (1st Dist. 2006), because all of the conduct alleged of these defendants occurred in the course of their role as an assistant state's attorney, either as the trial assistant in Plaintiff's underlying criminal trial, or as assistant state's attorneys assigned to defend Plaintiff's post-conviction petition.

4. Second, this Court lacks subject matter jurisdiction over Plaintiff's state law claims against the SAO defendants, pursuant to the doctrine of sovereign immunity and the Illinois Court of Claims Act, which makes the Illinois Court of Claims the exclusive forum for damage suits against state officials. *See Omosegbon v. Wells*, 335 F.3d 668 (7th Cir. 2003); *Price v. State of Illinois*, 354 Ill. App. 3d 90 (1st Dist. 2004).

5. Third, Plaintiff fails to state any claim against SA Devine, in that he had no personal involvement in the alleged violations of Plaintiff's rights. To the extent that State's Attorney Devine is alleged to have been personally involved in any of the alleged conduct of the other assistant state's attorney defendants, he would be entitled to absolute immunity from Plaintiff's claims, as are the other defendants.

6. Fourth, Plaintiff fails to state a claim against the SAO defendants for failure to intervene.

7. Fifth, Plaintiff fails to state a claim against Cook County, based on the alleged conduct of SA Devine and Assistant State's Attorneys Shearer, Ertler, Doss, Dalkin, or Stack, in that State's Attorneys and Assistant State's Attorneys are not Cook County employees and Cook County may not be held directly or vicariously liable for any of their alleged conduct, or the customs and practices of the State's Attorney's Office.

8. The SAO Defendants submit their memorandum in support of their motion to dismiss together herewith.

WHEREFORE, for the above and foregoing reasons, together with those set forth in defendants' memorandum in support of their motion to dismiss, defendants State's Attorney Richard A. Devine, Assistant State's Attorney Merle Shearer and the County of Cook, pray that this Court dismiss Plaintiff's Complaint against them pursuant to FRCP 12(b)(1) and 12(b)(6), with prejudice.

                Respectfully submitted,

                RICHARD A. DEVINE
                State's Attorney of Cook County

By:    /s/ Stephen L. Garcia_____
        ARDC #06195546

        Patrick T. Driscoll, Jr.
        Deputy States Attorney
        Chief, Civil Actions Bureau

        Louis R. Hegeman
        Supervisor, Special Projects and Assignments

        Stephen L. Garcia
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5475

## CERTIFICATE OF SERVICE

I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Defendants Richard A. Devine, Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack, and Cook County's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), to be served on the individuals listed below at their respective addresses by CM/ECF electronic filing on July 1, 2008.

Juliet Boyd
Scott W. Kummer, Esq.
BOYD & KUMMER, LLC
20 South Clark Street, Ste. 500
Chicago, IL  60603
*Attorneys for Plaintiff*

Scott Jebson
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, IL  60602
*Attorney for Defendants Baltazar,*
*O'Connor and Doerge*

Rita C. Moran
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, IL  60602
*Attorneys for Defendant*
*City of Chicago*

        _s/ Stephen L. Garcia_____