IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT RICHARD A. DEVINE, MERLE SHEARER, MARK ERTLER, RIVANDA DOSS, ANDREW DALKIN, CELESTE STACK, AND COOK COUNTY'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

Defendants Richard A. Devine, Cook County State's Attorney, and Assistant State's Attorneys Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack, and Cook County, by and through their attorneys, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis Hegeman and Stephen L. Garcia, Assistant State's Attorneys, hereby move this Court for leave to file a memorandum in support of their motion to dismiss in excess of 15 pages, stating as follows:

1.  Kenneth Gordon ("Plaintiff") has filed an Amended Complaint (hereinafter "Complaint"), consisting of 190 paragraphs in 15 Counts, against several Chicago police officers and the City of Chicago, as well as State's Attorney Richard A. Devine ("SA Devine"), Assistant State's Attorney Merle Shearer ("ASA Shearer"), Assistant State's Attorney Mark Ertler ("ASA Ertler"), Assistant State's Attorney Rivanda Doss ("ASA Doss"), Assistant State's Attorney Andrew Dalkin ("ASA Dalkin"), Assistant State's Attorney Celeste Stack ("ASA Stack"), and the County of Cook ("the County") (collectively the "SAO Defendants"), arising out of his arrest, prosecution and conviction for possession of a stolen motor vehicle. Plaintiff purports to

set forth claims against the SAO defendants under 42 U.S.C. §1983 for alleged violations of his due process rights (Counts II and III), conspiracy (Count IV), failure to intervene (Count VI), and a *Monell* claim against Cook County, as well as state law claims for malicious prosecution (Count VII), conspiracy (Count VIII), intentional infliction of emotional distress (Count X), willful and wanton negligent conduct (Count XIII), and *respondeat superior* (Count XV), together with an indemnification claim against Cook County.

2.    In moving to dismiss Plaintiff's Complaint, the SAO Defendants raise numerous defenses involving issues of absolute prosecutorial immunity, the Court's subject matter jurisdiction over plaintiff's state law claims against these defendants on the basis of sovereign immunity and the Illinois Court of Claims Act, as well as the failure to state a claim on certain of the eleven counts of the complaint.

3.    Despite their best efforts, counsel for defendants have been unable to set forth all of defendants' arguments within the 15 page limit established by Local Rule 7.1. Defendants Devine, Shearer and Cook County were previously given leave to file an oversize brief of 17 pages in support of their motion to dismiss Plaintiff's initial complaint.

4.    Because of the number and length of claims raised in plaintiff's amended complaint, as well as the addition of certain defendants thereto, in order to adequately address all the issues raised by the SAO Defendants' motion to dismiss, defendants respectfully request that they be granted leave to file their memorandum in excess of 15 pages, totaling 19 pages. A copy of defendants' proposed memorandum is attached hereto as Exhibit A.

WHEREFORE, for the above and foregoing reasons, defendants State's Attorney Richard A. Devine, Assistant State's Attorneys Merle Shearer, Mark Ertler, Rivanda Doss, Andrew

Dalkin, Celeste Stack, and the County of Cook, respectfully move this Court for leave to file their memorandum in support of their motion to dismiss in excess of 15 pages, totaling 19 pages.

                                                Respectfully submitted,

                                                RICHARD A. DEVINE
                                                State's Attorney of Cook County

By:    /s/ Stephen L. Garcia_____
         ARDC #06195546

         Patrick T. Driscoll, Jr.
         Deputy States Attorney
         Chief, Civil Actions Bureau

         Louis R. Hegeman
         Supervisor, Special Projects and Assignments

         Stephen L. Garcia
         Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, Illinois 60602
         (312) 603-5475