# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kenneth Gordon
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−00377
                                                      Honorable Marvin E. Aspen

Richard Devine, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

MINUTE entry before the Honorable Marvin E. Aspen dated 7/2/08:Defendants' Motion (Doc. No. 64) for leave to file a memorandum in support of their motion to dismiss (Doc. No. 63) in excess of 15 pages is granted. Motion terminated. The motion hearing set for 7/8/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.