## **CERTIFICATE OF SERVICE**

I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Defendants Richard A. Devine, Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack, and Cook County's Memorandum in Support of Their Motion to Dismiss Plaintiff's Amended Complaint, to be served on the individuals listed below at their respective addresses by CM/ECF electronic filing on July 2, 2008.

Juliet Boyd
Scott W. Kummer, Esq.
BOYD & KUMMER, LLC
20 South Clark Street, Ste. 500
Chicago, IL  60603
*Attorneys for Plaintiff*

Scott Jebson
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, IL  60602
*Attorney for Defendants Baltazar,
O'Connor and Doerge*

Rita C. Moran
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, IL  60602
*Attorneys for Defendant
City of Chicago*

                                                             _s/ Stephen L. Garcia_____