# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD DEVINE, Cook County State's )<br>Attorney; MERLE SHEARER, Assistant )<br>Cook County State's Attorney; MARK )<br>ERTLER, Assistant Cook County State's )<br>Attorney; RIVANDA DOSS, Assistant Cook )<br>County State's Attorney; ANDREW )<br>DALKIN, Assistant Cook County State's )<br>Attorney; CELESTE STACK, Assistant )<br>Cook County State's Attorney; UNKNOWN )<br>ASSISTANT STATE'S ATTORNEYS of )<br>the Cook County State's Attorneys Office; )<br>COUNTY OF COOK; CHICAGO POLICE )<br>OFFICER DOERGE (Star #16110); )<br>CHICAGO POLICE OFFICER R. )<br>BALTAZAR (Star # 10905); CHICAGO )<br>POLICE SERGEANT MARK O'CONNOR )<br>(Star #2384); UNKNOWN OFFICERS OF )<br>THE CHICAGO POLICE DEPARTMENT; )<br>and THE CITY OF CHICAGO, )<br>)<br>Defendants. ) | No. 08 C 377<br><br>JURY DEMANDED |

## AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE SAO DEFENDANT'S MOTION TO DISMISS

Kenneth Gordon, by and through his attorneys, Scott W. Kummer, and Juliet E. Boyd, by way of agreed motion for an extension of time to respond to the motion to dismiss filed by the defendants Cook County, Richard Devine, Merle Schearer, Rivanda Doss, Andrew Dalkin, and Celste Stack's (County Defendants) to Plaintiff's Amended Complaint, respectfully states as follows:

1. On January 16, 2007, Plaintiff Kenneth Gordon filed his Complaint at law in the above-captioned matter.

2. After the filing of Plaintiff's Complaint each of the Defendants requested an additional sixty (60) days to answer or otherwise plead to Plaintiff's Complaint. Plaintiff posed no objection to said requests.

3. On June 10, 2008, Plaintiff filed his Amended Complaint in connection with this matter. In connection with the Amended Complaint this Court entered an order providing that the City of Chicago Defendants and the Cook County Defendants were to file concurrent motions to dismiss by July 1, 2008, and that Plaintiff was to respond to said motions on or before July 23, 2008.

4. The City Defendants and Cook County Defendants filed their motions to dismiss on July 2, 2008.

5. The County Defendants have filed a legal memorandum in support of their motion that is approximately nineteen (19) pages long.

6. Plaintiff has zealously attempted to prepare response briefs to each of the City and Cook County Defendant's motions in compliance with this Court's order. Nonetheless, due to a heavy Court schedule including, *inter alia* the preparation involving a settlement conference in the case of Randle v. City of Harvey, 07 C 4573, before magistrate Nan Nolan as well as a hearing before the U.S. Department of Defense in the case of In re: Kenneth Duane Crocker, ISCR No. 08-01103, the Plaintiff has been unable to complete his brief with respect to the Cook County Defendant's motion.

7. Plaintiff has prepared its response to the City Defendant's motion and will be filing that response in accordance with this Court's briefing schedule.

2

8. Plaintiff respectfully requests that this Court grant Plaintiff an extension of an additional seven (7) days to file his response to the County Defendant's motion.

9. Counsel for the Plaintiff has spoken with Stephen Garcia, counsel for the County Defendants, and has been advised that the County Defendants have no objection to granting the Plaintiff the additional seven-day extension. Plaintiff also requests that the date by which the County Defendants are required to file their reply be extended seven (7) days, up to and including August 8, 2008.

10. No party will be prejudiced by granting the requested relief, insofar as discovery in this matter has been stayed and the ruling on the County Defendant's motion is not scheduled until September 25, 2008. thus, the requested extension will not cause the ruling date to be rescheduled.

11. Conversely, the Plaintiff will be greatly prejudiced if the requested relief is not granted. This case presents serious allegations of civil rights violations on the part of the Defendants that resulted in Plaintiff's incarceration for over four (4) years.

12. Finally, this motion has not been brought for purposes of delay. The instant case involves complicated legal and factual issues including, but not limited to, immunity issues. Plaintiff recognized this fact when it posed no objection to the defendants' requests for a sixty (60) day period within which to answer or otherwise plead to the Complaint.

WHEREFORE, Plaintiff, Kenneth Gordon, respectfully requests this Court to grant him an extension of time within which to respond to the County Defendant's motion to dismiss up to an including July 30, 2008, and for the County Defendants to

have up to and including August 8, 2008, to reply, and for any other relief this Court deems just.

          /s/ Scott W. Kummer

          One of Plaintiff's Attorneys
          Juliet Boyd
          Scott W. Kummer
          BOYD & KUMMER, LLC
          20 S. Clark, Ste. 500
          Chicago, IL 60603
          312-363-6100
          312-372-7076 (Fax)
          ARDC No. 6255657
          ARDC No. 6273348