**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kenneth Gordon
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00377
                                                Honorable Marvin E. Aspen

Richard Devine, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:


   MINUTE entry before the Honorable Marvin E. Aspen dated 7/22/08:Agreed motion (70) for extension of time for plaintiff to respond to the SAO defendant's motion to dismiss (63) is granted. Motion terminated. Plaintiff is given to and including 7/30/08 to file response to the County defendant's motion to dismiss. County defendants are given to and including 8/8/08 to file their reply. The ruling date of 9/25/08 to stand. The motion hearing set for 7/24/08 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.