## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD DEVINE, Cook County State's )<br>Attorney; MERLE SHEARER, Assistant )<br>Cook County State's Attorney; MARK )<br>ERTLER, Assistant Cook County State's )<br>Attorney; RIVANDA DOSS, Assistant Cook )<br>County State's Attorney; ANDREW )<br>DALKIN, Assistant Cook County State's )<br>Attorney; CELESTE STACK, Assistant )<br>Cook County State's Attorney; UNKNOWN )<br>ASSISTANT STATE'S ATTORNEYS of )<br>the Cook County State's Attorneys Office; )<br>COUNTY OF COOK; CHICAGO POLICE )<br>OFFICER DOERGE (Star #16110); )<br>CHICAGO POLICE OFFICER R. )<br>BALTAZAR (Star # 10905); CHICAGO )<br>POLICE SERGEANT MARK O'CON NOR )<br>(Star #2384); UNKNOWN OFFICERS OF )<br>THE CHICAGO POLICE DEPARTMENT; )<br>and THE CITY OF CHICAGO, )<br>)<br>Defendants. ) | No. 08 C 377<br><br>JURY DEMANDED |

### **PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Plaintiff, Kenneth Gordon, by and through his attorneys, Scott W. Kummer, and Juliet E. Boyd, by way of motion for leave to file oversize brief, respectfully states as follows:

1. This case involves serious claims of civil rights violations by the Defendant Officers' resulting in the Plaintiff's wrongful conviction for over four (4) years.

2. The Defendant Officers' filed a fifteen (15) page memorandum in support of their motion to dismiss. Defendants' motion raises numerous statute of limitations arguments.

3. Despite their best efforts, counsel for plaintiff have been unable to set forth all of Plaintiff's arguments within the 15 page limit established by Local Rule 7.1.

4. Due to the length of the Defendant Officers' brief, and in order to adequately address all the issues raised therein, plaintiff respectfully requests that he be granted leave to file a response in excess of 15 pages, totaling 18 pages. A copy of Plaintiff's proposed response is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, Kenneth Gordon, respectfully requests this Court to grant him leave to file a response brief in excess of 15 pages, totaling 18 pages, *instanter*, and for any other relief this Court deems just.

/s/ Scott W. Kummer

One of Plaintiff's Attorneys
Juliet Boyd
Scott W. Kummer
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348