IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEVINE, Cook County State's Attorney; MERLE SHEARER, Assistant Cook County State's Attorney; UNKNOWN ASSISTANT STATE'S ATTORNEYS of the Cook County State's Attorney's Office; COUNTY OF COOK; CHICAGO POLICE OFFICER DOERGE (Star #16110); CHICAGO POLICE OFFICER R. BALTAZAR (Star # 10905); CHICAGO POLICE SERGEANT MARK O'CONNOR (Star #2384); UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT; and THE CITY OF CHICAGO,<br><br>    Defendants. | No.    08 C 377 |

## NOTICE OF AGREED MOTION

On July 29, 2008, at 10:30 a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Aspen, Courtroom 2568, or any Judge sitting in his stead, at the Dirksen Building, 219 S Dearborn, Chicago, Illinois and shall then and there present the **Plaintiff's Motion for Leave to File Oversize Brief**.

                                Respectfully submitted,

                                /s/ Scott W. Kummer

                                Scott W. Kummer
                                Juliet Boyd
                                Boyd & Kummer, LLC
                                20 S. Clark, Suite 500
                                Chicago, IL 60603
                                Tel: 312-363-6100
                                ARDC# 6255657
                                ARDC# 6273348

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2008, a copy of **Plaintiff's Motion for Leave to File Oversize Brief** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      Respectfully submitted,

      /s/ Scott W. Kummer

      Scott W. Kummer
      Juliet Boyd
      Boyd & Kummer, LLC
      20 S. Clark, Suite 500
      Chicago, IL 60603
      Tel: 312-363-6100
      Fax: 312-372-7076
      ARDC# 6255657
      ARDC# 6273348

**Notice will be electronically mailed to:**

Stephen L. Garcia
Scott J. Jebson
Rita C. Moran