**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kenneth Gordon
                      Plaintiff,

v.                                                  Case No.: 1:08−cv−00377
                                                    Honorable Marvin E. Aspen

Richard Devine, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 7/28/08:Plaintiffs' Motion for leave to file a response brief in excess of 15 pages [73] instanter, is granted. Motion terminated. The motion hearing set for 7/29/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.