IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GORDON, ) | |
| Plaintiff, ) | |
| ) | NO.  08 C 377 |
| vs. ) | |
| ) | JUDGE ASPEN |
| RICHARD DEVINE, ET AL.,. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Juliet E. Boyd/Christopher J. Stasko          Rita Moran
     Scott W Kummer                                Corporation Counsel's Office, 10th Fl
     Stasko & Boyd, LLC                            Chicago, IL 60602
     20 South Clark, Suite 500
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS VARIOUS COUNTS OF PLAINTIFF'S AMENDED COMPLAINT**, a copy of which is attached hereto and herewith electronically served upon you.

**DATED** at Chicago, Illinois this 29TH day of July, 2008.

Respectfully submitted,

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel

30 N. LaSalle St.
Suite 1400
Chicago, Illinois 60602
(312) 744-6959
Atty. No. 6225243

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING** and **DEFENDANTS DOERGE, BALTAZAR AND O'CONNOR'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS VARIOUS COUNTS OF PLAINTIFF'S AMENDED COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on July 29, 2008, in accordance with the rules on electronic filing of documents.

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel