**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| KENNETH GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 377 |
| | ) |
| RICHARD DEVINE, et. al | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Plaintiff, Kenneth Gordon, by and through his attorneys, Scott W. Kummer, and Juliet E. Boyd, by way of motion for leave to file oversize brief, respectfully states as follows:

1. This case involves serious claims of civil rights violations by the Defendants Richard Devine, Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack and Cook County's (collectively SAO Defendants) resulting in the Plaintiff's wrongful conviction for over four (4) years.

2. The SAO Defendants filed a nineteen (19) page memorandum in support of their motion to dismiss. Defendants' motion raises numerous issues involving arguments based on immunity, jurisdiction and proper party defendants. The SAO Defendants have also cited approximately seventy-five (75) cases in their memorandum in support of their motion to dismiss.

3. Despite their best efforts, counsel for plaintiff have been unable to set forth all of Plaintiff's arguments within the 15 page limit established by Local Rule 7.1.

4. Due to the length and extent of the SAO Defendants brief, and in order to adequately address all the issues raised therein, plaintiff respectfully requests that he be granted leave to file a response in excess of 15 pages, totaling 32 pages. A copy of Plaintiff's proposed response is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, Kenneth Gordon, respectfully requests this Court to grant him leave to file a response brief in excess of 15 pages, totaling 32 pages, *instanter*, and for any other relief this Court deems just.

/s/ Scott W. Kummer___

One of Plaintiff's Attorneys
Scott W. Kummer
Juliet Boyd
BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6255657
ARDC No. 6273348