**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| KENNETH GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 377 |
| | ) |
| RICHARD DEVINE, et. al | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on August 6, 2008, **Plaintiff's Response to Defendants' Richard Devine, Merle Schearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack and Cook County's Motion to Dismiss Plaintiff's Amended Complaint** was filed electronically with the Northern District of Illinois Eastern Division.

Respectfully submitted,

/s/ Scott W. Kummer

Scott W. Kummer
Juliet Boyd
Boyd & Kummer, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-363-6100
Fax: 312-372-7076
ARDC# 6255657
ARDC# 6273348

## CERTIFICATE OF SERVICE

  I hereby certify that on August 6, 2008, a copy of **Plaintiff's Response to Defendants' Richard Devine, Merle Schearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack and Cook County's Motion to Dismiss Plaintiff's Amended Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                Respectfully submitted,

                /s/ Scott W. Kummer

                Scott W. Kummer
                Juliet Boyd
                Boyd & Kummer, LLC
                20 S. Clark, Suite 500
                Chicago, IL 60603
                Tel: 312-363-6100
                Fax: 312-372-7076
                ARDC# 6255657
                ARDC# 6273348

**Notice will be electronically mailed to:**

Stephen L. Garcia
Scott J. Jebson
Rita C. Moran