**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 08 C 377** |
| | ) | |
| **v.** | ) | **Judge Marvin Aspen** |
| | ) | |
| **Richard Devine, Cook County State's Attorney, et al.,** | ) | **Magistrate Judge Denlow** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT RICHARD A. DEVINE, MERLE SHEARER, AND COOK COUNTY'S AGREED MOTION FOR ENLARGEMENT OF TIME**

NOW COME defendants, Richard A. Devine, State's Attorney of Cook County, Assistant State's Attorney Merle Shearer ("ASA Shearer"), and Cook County (the "State's Attorney defendants" or "SAO defendants"), by and through their counsel, Louis R. Hegeman and Stephen L. Garcia, Assistant State's Attorneys, and move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time within which to file their reply memorandum in support of their motion to dismiss plaintiff's complaint pursuant to FRCP 12(b)(1) and 12(b)(6), stating in support:

1. In this matter, Plaintiff has filed an eleven count civil rights complaint against multiple defendants, under §1983 and state law, for violation of his due process rights, conspiracy, failure to intervene, as well as malicious prosecution, intentional infliction of emotional distress, unlawful arrest, false arrest, willful and wanton negligent conduct, and respondent superior, arising out of his arrest, prosecution and conviction for possession of a stolen motor vehicle. Plaintiff seeks compensatory and punitive damages, as well as attorney fees.

2. The SAO defendants have moved to dismiss plaintiff's complaint against them in its entirety based on absolute prosecutorial immunity, sovereign immunity and the failure to state a number of claims as a matter of law.

3. On August 1, 2008, plaintiff was given leave to file a response memorandum in excess of 15 pages, totaling 32 pages, instanter.

4. The SAO defendants' reply brief is currently due on August 8, 2008. Given the length of plaintiff's response brief and the number of issues raised by the motion to dismiss, the SAO defendants require a short extension of time within which to complete and file their reply in support of their motion.

5. Accordingly, the SAO defendants respectfully request that they be given an additional five days, until August 13, 2008, to file their reply brief in support of their motion to dismiss.

6. Counsel for the SAO defendants has consulted with counsel or plaintiff regarding defendants' request for an enlargement of time and counsel for plaintiff has indicated that plaintiff has no objection thereto.

WHEREFORE defendants Richard A. Devine, State's Attorney of Cook County, Assistant State's Attorney Merle Shearer, and Cook County, requests that they be granted an enlargement of time, until August 13, 2008, within which to file their reply in support of their motion to dismiss plaintiff's complaint.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: s/Stephen L. Garcia
#06195546

Louis R. Hegeman, Supervisor
Special Projects and Assignments

Stephen L. Garcia
Assistant State's Attorney
Special Projects and Assignments
500 Richard J. Daley Center
Chicago, Illinois 60602
312.603.5475