IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.    08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that on Thursday, August 14, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin Aspen, or whomever may be sitting in his stead in the courtroom usually occupied by him in Room 2568 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendants Richard A. Devine, Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin and Celeste Stack's, and Cook County's Motion For Enlargement of Time**,** a copy of which is hereby served upon you.

                                                RICHARD A. DEVINE
                                                State's Attorney of Cook County

                           By:    __s/ Stephen L. Garcia_____
                                    Stephen L. Garcia
                                    Assistant State's Attorney
                                    Special Projects and Assignments
                                    500 Richard J. Daley Center
                                    Chicago, Illinois  60602
                                    312.603.5475
                                    ARDC # 06195546

**CERTIFICATE OF SERVICE**

      I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Motion, together with Defendants Richard A. Devine, Merle Shearer, Mark Ertler, Rivanda Doss, Andrew Dalkin, Celeste Stack, and Cook County's Motion For Enlargement of Time, to be served on the individuals listed below by CM/ECF electronic filing on August 8, 2008.

Juliet Boyd
Scott W. Kummer, Esq.
BOYD & KUMMER, LLC
20 South Clark Street, Ste. 500
Chicago, IL  60603
*Attorneys for Plaintiff*

Scott Jebson
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, IL  60602
*Attorney for Defendants Baltazar,*
*O'Connor and Doerge*

Rita C. Moran
Deja C. Nave
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, IL  60602
*Attorneys for Defendant*
*City of Chicago*

                                                _s/ Stephen L. Garcia_____