**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kenneth Gordon
                        Plaintiff,

v.                                                    Case No.: 1:08−cv−00377
                                                                         Honorable Marvin E. Aspen

Richard Devine, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/13/08:Defendant Richard A. Devine, Merle Shearer, and Cook County's Motion for extension of time [86] until 8/13/08 to file their reply in support of their motion to dismiss plaintiff 9;s complaint is granted. Motion terminated. The motion hearing set for 8/14/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.