IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.   08 C 377 |
| | ) | |
| v. | ) | **Judge Marvin Aspen** |
| | ) | |
| **Richard Devine, Cook County** | ) | **Magistrate Judge Denlow** |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT RICHARD A. DEVINE, MERLE SHEARER, AND COOK COUNTY'S AGREED MOTION FOR ENLARGEMENT OF TIME

NOW COME defendants, Richard A. Devine, State's Attorney of Cook County, Assistant State's Attorney Merle Shearer ("ASA Shearer"), and Cook County (the "State's Attorney defendants" or "SAO defendants"), by and through their counsel, Louis R. Hegeman and Stephen L. Garcia, Assistant State's Attorneys, and move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time within which to file their reply memorandum in support of their motion to dismiss plaintiff's complaint pursuant to FRCP 12(b)(1) and 12(b)(6), stating in support:

1.   In this matter, Plaintiff has filed an eleven count civil rights complaint against multiple defendants, under §1983 and state law, for violation of his due process rights, conspiracy, failure to intervene, as well as malicious prosecution, intentional infliction of emotional distress, unlawful arrest, false arrest, willful and wanton negligent conduct, and respondent superior, arising out of his arrest, prosecution and conviction for possession of a stolen motor vehicle. Plaintiff seeks compensatory and punitive damages, as well as attorney fees.

2.      The SAO defendants have moved to dismiss plaintiff's complaint against them in its entirety based on absolute prosecutorial immunity, sovereign immunity and the failure to state a number of claims as a matter of law.

3.      On August 1, 2008, plaintiff was given leave, without objection, to file a response memorandum in excess of 15 pages, totaling 32 pages, instanter. The due date for the SAO Defendants' reply brief was set for August 8, 2008.

4.      Given the extensive length of plaintiff's response brief and the number of issues raised by the motion to dismiss and response, the SAO defendants sought and were granted a short extension of time of five days within which to file their reply brief, to August 13, 2008. In part, the short date was requested taking into account the fact that counsel for defendant was to be out of the office from August 14, 2008, through Tuesday, August 19, 2008, on vacation and counsel had hoped to file the reply before that time.

5.      Despite his best efforts to do so, in conjunction with other obligations, counsel for the SAO Defendants has been unable to complete the reply of the SAO Defendants by August 13, 2008, and respectfully requests an additional extension of time, until Friday, August 22, 2008, to do so. Counsel apologizes to the Court and counsel for any additional delay this request may entail.

6.      Counsel for the SAO Defendants has consulted with counsel or plaintiff regarding the substance of this motion and defendants' request for additional time and counsel for plaintiff has indicated that plaintiff has no objection thereto.

7.      Counsel for the SAO Defendants attempted to file this motion on August 13, 2008 but, despite repeated attempts, between approximately 5:00 p.m. and 6:30 p.m., the CM/ECF site remained inaccessible.

WHEREFORE defendants Richard A. Devine, State's Attorney of Cook County, Assistant State's Attorney Merle Shearer, and Cook County, requests that they be granted an enlargement of time, until August 22, 2008, within which to file their reply in support of their motion to dismiss plaintiff's complaint.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:   s/Stephen L. Garcia
      #06195546

Louis R. Hegeman, Supervisor
Special Projects and Assignments

Stephen L. Garcia
Assistant State's Attorney
Special Projects and Assignments
500 Richard J. Daley Center
Chicago, Illinois 60602
312.603.5475

3