IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Kenneth Gordon,** | ) | |
| | ) | |
| Plaintiff, | ) | No.    08 C 377 |
| | ) | |
| v. | ) | Judge Marvin Aspen |
| | ) | |
| **Richard Devine, Cook County** | ) | Magistrate Judge Denlow |
| **State's Attorney, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS RICHARD A. DEVINE, MERLE SHEARER, MARK
ERTLER, RIVANDA DOSS, ANDREW DALKIN, CELEST STACK,
AND COOK COUNTY'S MOTION FOR LEAVE TO FILE *INSTANTER*
AND FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Defendants Richard A. Devine, Cook County State's Attorney, Assistant State's Attorney Merle Shearer, Assistant State's Attorney Mark Ertler, Assistant State's Attorney Rivanda Doss, Assistant State's Attorney Andrew Dalkin, Assistant State's Attorney Celeste Stack, and Cook County, by and through their attorneys, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis Hegeman and Stephen L. Garcia, Assistant State's Attorneys, hereby move this Court for leave to file their reply in support of their motion to dismiss Plaintiff's Complaint *instanter*, and for leave to file a memorandum in support of their motion to dismiss in excess of 15 pages, stating as follows:

1.     Plaintiff Kenneth Gordon filed an eleven-count, 137 paragraph Complaint against several Chicago police officers and the City of Chicago, as well as State's Attorney Richard A. Devine, Assistant State's Attorney Merle Shearer and the County of Cook (collectively the "SAO Defendants"), arising out of his arrest and prosecution for possession of a stolen motor vehicle. Plaintiff' later amended his Complaint to name an additional four assistant state's

attorneys. The SAO Defendants have moved to dismiss Plaintiff's claims against them in their entirety on a number of bases, including absolute prosecutorial immunity, sovereign immunity and the failure to state a number of claims as a matter of law. On August 1, 2008, plaintiff was given leave, without objection, to file a response memorandum in excess of 15 pages, totaling 32 pages,

2. The SAO Defendants sought and were given an extension of time to August 22, 2008, to file their reply, in part because counsel for defendants was out of the office on vacation from August 14, 2008, through Tuesday, August 19, 2008. Although substantially complete, counsel for the SAO Defendants was unable to complete and file the reply on August 22, 2008, and by this motion seeks leave to file said motion *instanter*, one day after the due date. A copy of the SAO Defendants' reply is attached hereto as Exhibit A.

3. Because of the length of Plaintiff's response memorandum and the volume of authority cited therein, counsel for defendants has been unable to set forth all of defendants' arguments within the 15 page limit established by Local Rule 7.1.

4. Because of the number of claims raised in plaintiff's complaint, and the discussion necessary to adequately address the issues raised by Plaintiff's response, defendants respectfully request that they be granted leave to file their reply memorandum in excess of 15 pages, totaling 20 pages.

5. Counsel for the SAO Defendants has consulted with counsel or plaintiff regarding the substance of this motion and counsel for plaintiff has indicated that plaintiff has no objection thereto.

WHEREFORE, for the above and foregoing reasons, defendants State's Attorney Richard A. Devine, ASA Merle Shearer, Assistant State's Attorney Mark Ertler, Assistant State's

Attorney Rivanda Doss, Assistant State's Attorney Andrew Dalkin, Assistant State's Attorney Celeste Stack, and the County of Cook, respectfully move this Court for leave to file their reply in support of their motion to dismiss Plaintiff's Complaint *instanter*, and for leave to file their said reply in excess of 15 pages, totaling 20 pages.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:   /s/ Stephen L. Garcia_____
        ARDC #06195546

        Patrick T. Driscoll, Jr.
        Deputy States Attorney
        Chief, Civil Actions Bureau

        Louis R. Hegeman
        Supervisor, Special Projects and Assignments

        Stephen L. Garcia
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5475