UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kenneth Gordon
                         Plaintiff,

v.
                                               Case No.: 1:08−cv−00377
                                               Honorable Marvin E. Aspen

Richard Devine, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Defendants' Motion to file instanter [92] their reply in support of their motion to dismiss plaintiff's complaint and Motion for leave to file brief in excess of 15 pages (92) is granted. Motion terminated. The motion hearing set for 8/28/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.